# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:11-cv-00116-F |
| RANGE PRODUCTION COMPANY, | § | |
| A Delaware Corporation; and | § | |
| RANGE RESOURCES CORPORATION, | § | |
| A Delaware Corporation, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

This Court, after considering Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Response thereto, and the evidence submitted in support of and in opposition to the Motion, is of the opinion that the Motion has merit and should be granted.

IT IS ORDERED that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED and that Plaintiff's Complaint is dismissed.

SIGNED _____.

ROYAL FURGESON,
UNITED STATES DISTRICT JUDGE

1229192_1