UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

|                                          |   |                      |
|------------------------------------------|---|----------------------|
| UNITED STATES OF AMERICA,                | : |                      |
|                                          | : |                      |
| Plaintiff,                               | : | No. 3:11-CV-00116-F  |
|                                          | : |                      |
| v.                                       | : |                      |
|                                          | : |                      |
| RANGE PRODUCTION COMPANY,                | : |                      |
| a Delaware Corporation; and              | : |                      |
| RANGE RESOURCES CORPORATION,             | : |                      |
| a Delaware Corporation,                  | : |                      |
|                                          | : |                      |
| Defendants.                              | : |                      |

---

**APPENDIX IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF THE COURT:

        Plaintiff, the United States of America files this Appendix in Support of its Memorandum in Opposition to Defendants' Motion to Dismiss.  The Appendix contains true and correct copies of the following described and indexed documents including excerpts of the Administrative Record:

**INDEX**

| Document | Page No. |
|----------|----------|
| Certification of Index to Administrative Record | 1 |
| Administrative Record Index | 2-3 |
| Railroad Commission of Texas, Initial Report, dated Aug. 20, 2010 | 4-5 |
| Railroad Commission of Texas, Status Report, dated Sept. 22, 2010 | 6-47 |
| Railroad Commission of Texas, Status Report, dated Nov. 5, 2010 | 48-49 |

State of Texas Well Report for Lipske [sic] domestic water well                50-51
("Domestic Well 1")

State of Texas Well Report for Godfrey/Hayley domestic water well             52
("Domestic Well 2")

State of Texas Well Reports for Hurst domestic water wells                    53-58

Ron Van Wyk Record of Communication, dated Aug. 17, 2010                     59

Ron Van Wyk Record of Communication, dated Aug. 19, 2010                     60

Email from Willie Lane, Chief, Water Resources Section, EPA,                  61
dated Aug. 20, 2010

Railroad Commission of Texas, Notice of Hearing, dated Dec. 8, 2010          62-66

Email from John A. Riley (Counsel for Range) to                              67-68
Suzanne Murray (Regional Counsel for EPA Region 6), dated Dec. 9, 2010

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


Dated: May 9, 2011                      s/ Keith T. Tashima
                                     JEFFREY K. SANDS
                                     Senior Attorney
                                     Maryland State Bar No. 199412150130
                                     KEITH T. TASHIMA
                                     Trial Attorney
                                     New York State Bar No. 3938701
                                     BRADLEY L. LEVINE
                                     Trial Attorney
                                     District of Columbia Bar No. 974925
                                     Environmental Enforcement Section
                                     Environment and Natural Resources Division
                                     U.S. Department of Justice
                                     P.O. Box 7611 Ben Franklin Station
                                     Washington, DC 20044-7611
                                     (202) 514-3908 (Sands)
                                     (202) 616-9643 (Tashima)

(202) 514-1516 (Levine)
(202) 616-2427 (fax)
jeffrey.sands@usdoj.gov
keith.tashima@usdoj.gov
bradley.levine@usdoj.gov

JAMES T. JACKS
UNITED STATES ATTORNEY

LYNETTE WILSON
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, TX  75242
(214) 659-8911
lynette.wilson@usdoj.gov


OF COUNSEL:

SCOTT McDONALD
Chief, Water Enforcement Branch
TUCKER HENSON
Assistant Regional Counsel, Water Enforcement Branch
Office of Regional Counsel
U.S. Environmental Protection Agency, Region VI
1445 Ross Avenue, Suite 1200
Dallas, TX 75202
(214) 665-2718 (McDonald)
(214) 665-8148 (Henson)

**APPENDIX IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

**EXCERPTS FROM EPA
ADMINISTRATIVE RECORD**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br><br>Plaintiffs,<br><br>v.<br><br>RANGE RESOURCES CORPORATION and RANGE PRODUCTION COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. _____ |

CERTIFICATION OF INDEX
TO ADMINISTRATIVE RECORD

I, Jerry Saunders, am the Associate Director of the Water Enforcement Branch, Office of Compliance and Enforcement Division, U.S. Environmental Protection Agency, Region 6.

I am the custodian of the administrative record of the agency decision under review in the above-captioned matter.

I certify that the attached is a true and correct index of the administrative record pertaining to the agency decision under review.

I swear under penalty of perjury that the foregoing is true and correct.

Date:  January 13, 2011

Jerry Saunders

| Document Identification | Date of Document | Document Description |
|---|---|---|
| 1 | 12/8/2010 | Summary of Gas Analyses Dom1, Range Butler 1-H, summary of water analyses Dom1, Dom2, Range Butler 1-H, graph of Dom1-Butler 1-H isotope data (3 p). |
| 2 | 11/3-30/2010 | Cover letter and results of Isotech analysis Dom1, Range Butler 1-H, graph of isotope data - 11/30/2010 (3p). |
| 3 | 11/16/2010 | Water test results for EPA samples Dom1, Dom2, Range Butler 1-H (54 pp). |
| 4 | 9/17/2010 | Sampling and QA Project Plan (6 pp). |
| 5 | 9/17/2010 | EPA Region 6 Site Safety Plan ( 15 pp). |
| 6 | 8/18/2010 | Summary of air monitoring, Wolf Eagle Environmental for Steve Lipsky (Air - Summary_outside well_indoor bathroom.pdf) (3 p). |
| 7 | 8/18/2010 | Results of air monitoring Outside by Well, Wolf Eagle Environmental for Steven |
| 8 | 8/31/2010 | Results of air monitoring Master Bathroom, Wolf Eagle Environmental for Steven |
| 9 | 8/10/2010 | Well Water Laboratory Test Results Methane, Ethane, Ethene, Wolf Eagle Environmental for Steven Lipsky well (Water - Methane_Ethane_Ethene.pdf) (11 |
| 10 | 8/10/2010 | Well Water Laboratory Test Results VOC and MTBE, RCRA 8 Metals, ICP MS Metals Ion Chromograph, ph EPA 9040 conducted for Wolf Eagle Environmental for Steven Lipsky well (Water - VOC_MTBE_Metals_Ion_pH-1.pdf, Water - |
| 11 | 9/10/2010 | American Radiation Services, Inc. Laboratory Analysis Report for Wolf Eagle Environmental for Steven Lipsky well (Water-Radiation.pdf) (8 pp). |
| 12 | 8/14/2010 | Well Water Laboratory Test Rsults, Surfactants - MBAs & CTAs, Steve Lipsky well (Water-Surfactants.pdf) (8 pp). |
| 13 | Sep-10 | Report, Comprehensive Well Water Analysis, Hayley well, September 2010; Wolf Eagle Environmental (Hayley final water report.pdf  (4 pp). |
| 14 | 9/2/2010 | Anachem Inc. for Wolf Eagle Environmental, Analytical Report, Volatiles and MTBE, Xenco Lab report, MBAS report, Hayley well (Hayley water labs.pdf) (47 |
| 15 | 9/2/2010 | Anachem Inc. for Wolf Eagle Environmental, Analytical Report, Hayley well (HayleyAna26Aug.pdf) (26 pp). |
| 16 | 9/3/2010 | Analytical Report 387479 for Wolf Eagle Environmental, Xenco Laboratories, methane, ethane, ethene Hayley well (HayleyXén26Aug.pdf) (11 pp). |
| 17 | 8/31/2010 | Armstrong Forensic Laboratory for Wolf Eagle Environmental, MBAS test, Hayley well (HayleyLabArm26Aug.pdf) (8 pp). |
| 18 | 8/20/2010 | RRC of Texas Initial Report, Lispky, Steve Complaint No. 7B-9601 (2 pp). |
| 19 | 9/22/2010 | RRC of Texas Status Report, Lispky, Steve Complaint No. 7B-9601 gas and water sample results, analysis (42 pp). |
| 20 | 11/5/2010 | RRC of Texas Status Report, Lispky, Steve Complaint No. 7B-9601, summary of 10/14/2010 and 10/26/2010 inspections (2 pp). |
| 21 | 8 to 11/2010 | Well Data for Range Butler Unit Well 1-H, RRC of Texas online data (36 pp). |
| 22 | 8 to 11/2010 | Well Data for Range Teal Unit Well 1-H, RRC of Texas online data (39 pp). |
| 23 | 8/2009 to 11/2010 | Well Data for Devon Durant South Unit Well 1-H, RRC of Texas online data (34 pp). |
| 24 | 11/29/2010 | Well Data Lake Country Acres (19 pp). |
| 25 | 11/18/2010 | Well Data Domestic Wells in the area (61 pp). |
| 26 | 4/18/2004 | Source Identification of Stray Gases By Geochemical Fingerprinting, Dennis D. Coleman, Isotech Laboratories, Inc., Champaign, Illinois, USA. Solution Mining Research Institute: Spring 2004 Technical Meeting, Wichita, Kansas, USA 18-21 |
| 27 | 5/9/1994 | Advances in the Use of Geochemical Fingerprinting for Gas Identification, Dennis D. Coleman, Isotech Laboratories, Inc. Champaign, Illinois, American Gas Association Operations Conference, May 9-11, 1994 (pp 10). |

Pl. Appx. 000002

| | | |
|---|---|---|
| 28 | 6/28/1993 | SPE 26171, Isotope Analyses of Gases in Gas Field and Gas Storage Operations, Martin Schoell and P.D. Jenden, Chevron Petroleum Technology Co.; M.A. Beeunas, Chevron U.S.A. Production Co.; and D.D. Coleman, Isotech Laboratories Inc., SPE Gas Technology Symposium, Calgary, Alberta, Canada, |
| 29 | 10/5/1986 | SPE 15586, Huntsman and West Engelland Fields, Cheyenne County, Nebraska: A Case History of Technical Lessons From a Legal Conflict, M.R. Tek, U. of New South Wales; D. D. Coleman, Consulting Geochemist; and J.M. Parker, Consulting Geochemist, 61st Annual Technical Conference and Exhibition of the Society of Petroleum Engineers held in new Orleans, LA October 5-8, 1986 (16 |
| 30 | 5/2/1988 | Geochemical Fingerprinting: Identification of Storage Gas Using Chemical and Isotopic Analyses, Dennis D. Coleman, Isotech Laboratories, Inc. NATO Advanced Studies Institute on Underground Storage of natural Gas - Theory and Practice, Ankara, Turkey, May 2-13, 1988 (14 pp). |
| 31 | 1977 | Isotopic Identification of Leakage Gas From Underground Storage Reservoirs - A Progress Report, Dennis D. Colemant, Wayne F. Meents, Chao-Li Liu, Robert A. Keogh, Illinois State Geological Survey, 1977 (12 pp). |
| 32 | 1/12/2011 | Declaration of Chris Lister, EPA (January 12, 2011) |
| 33 | 12/2/2010 | Letter from David T. Ritter to Scott Mcdonald, EPA (December 2, 2010) |
| 34 | 1/12/2011 | Declaration of Jerry Saunders, EPA (January 12, 2011) |
| 35 | 12/3/2010 | Email between Al Armendariz, EPA, and Victor Carrillo, TRRC (December 3, |
| 36 | 11/23/2010 | Email from Chris Lister, EPA to James Allman, TRRC (November 23, 2010) |
| 37 | 10/21-12/03/10 | Emails between Chris Lister and Officials at the Texas Railroad Commission (October 21, 2010 through December 3, 2010) |
| 38 | 8/17/2010 | Record of Communication between Ron Van Wyk and Doug Allmond, TRRC |
| 39 | 8/19/2010 | Record of Communication between Ron Van Wyk and Steve Lipsky (October 19, |
| 40 | 8/20/2010 | Email from Willie Lane, EPA, to Stephen Gilrein, Jerry Saunders and David Garcia, EPA (August 20, 2010) |
| 41 | 11/28/2010 | Email from Doug Beak, EPA, to Chris Lister, EPA (November 28, 2010) |
| 42 | 12/2/2010 | Email from Jerry Saunders to John Blevins and Stephen Gilrein, EPA (December |

VICTOR G. CARRILLO, CHAIRMAN
ELIZABETH A. JONES, COMMISSIONER
MICHAEL L. WILLIAMS, COMMISSIONER



RAMON FERNANDEZ JR., P.E.
ACTING DEPUTY DIRECTOR, OIL AND GAS DIVISION
D. W. -JOE- CRESS
DISTRICT DIRECTOR

# RAILROAD COMMISSION OF TEXAS

## OIL AND GAS DIVISION

August 20, 2010

Unidentified

### INITIAL REPORT

**Lipsky, Steve Complaint No. 7B-9601**
Lipsky Property Lease
Domestic Water Well
Parker County, Texas
Job No. 10-8443

On August 6, 2010, Railroad Commission of Texas District 7B Office was contacted by Steve Lipsky concerning operations on the subject property. Steve Lipsky's concern was natural gas in a water well. On August 6, 10, 11 and 17, 2010, inspections of the property were conducted by Randy Hobbs and Bubba Jonas. During the inspections, the following were observed:

SWR 8:  The Lipsky property water well was drilled on July 4, 2005, by Pecks Well Service to a depth of 200. No other completion data for the water well was available at the time of this report. The well is located 200 feet north of the residence (GPS N32.56312 W97.79144), and 500 yards east of the Brazos River. The water well produces a sustained rate of 10 gallons/minute and will pump down within 15 minutes. Well water is pumped from the wellhead to a 5,000 gallon open top plastic tank inside a building approximately 10 feet east of the water well. Well water in the tank is circulated by two ozonator pumps to remove residual sulfur odor that has been present since the well was drilled. Water from the tank is pumped into a pressurized water system servicing the residence and property. The property utilizes approximately 1,500 gallons of water per day. The complainant stated that on or about the week of July 26, 2010, gas in the water well was evident while replacing a submersible pump. During the inspection, a gas odor was detected from the water. No abnormal visual characteristics were noted and a field test for chlorides was less than 100 mg/L.

On August 10, 2010, a joint inspection of the property was conducted by Bubba Jonas and Steve Lipsky. Bubba Jonas conducted a ¼ mile radius inspection of oil and gas production. Range Production Company (691703) operates two gas wells that terminate within the ¼ mile radius. The Teal Unit Lease (253779), Well No. 1H and Butler Unit Lease (253732), Well No. 1H have bottom hole depths of 5,866 and 5,852 feet true vertical depth respectively. The surface location of the two gas wells is located 2,240 feet southeast of the referenced water well. Inspection of the leases surface location found the Butler Unit, Well No. 1 to have 30 psig of bradenhead pressure. The bradenhead would blow dry gas with the valve in the open position. The operator was contacted to take corrective action to address the bradenhead pressure. No other active wells are located within a half-mile radius of the referenced water well.

On August 11, 2010, a joint inspection of the property was conducted by Bubba Jonas; Steve Lipsky; Alisha Rich, Wolf Eagle Environmental; Dan Long and Ryan Albert, TCEQ; and Shawn Scott, Parker County Fire Marshall. Gas was apparent in the casing of the water well. Bubba Jonas collected water samples for analysis by the Commission's contracted lab (Anacon Lab).

3444 NORTH 1ST ★ SUITE 600 ★ ABILENE, TEXAS 79603 ★ PHONE: 325/677-3545 ★
TDD 800/735-2989 OR TDY 512/463-7284 AN EQUAL OPPORTUNITY EMPL

000249

Range Resources Corp.
Docket: SDWA-06-2011-1208

Administrative Record #18

Pl. Appx. 000004

Page 2
Lipsky, Steve Complaint 7B-9601
Unidentified
Lipsky Property Lease
Parker County, Texas
August 20, 2010

On August 17, 2010, a joint inspection of the property was conducted by Bubba Jonas and Steve Lipsky. Water samples collected on August 11, 2010, were received by Anacon outside acceptable temperature requirements. Subsequent water samples taken from the water well during this inspection were received by Anacon Lab on August 18, 2010. Analysis of the water samples is pending.

Reinspection is scheduled for the week of August 30, 2010, to monitor the status of the water well. Upon receipt and review of the analytical results of the water well water samples further Commission action may be taken. **Please direct any questions with regard to this complaint to Doug Allmand at (325) 677-3545.**

Sincerely,

Doug Allmand
Engineering Specialist

DA/mm

☑ Assistant District Director
☐ District Director

cc:   Field Operations, RRC, Austin

Steve Lipsky
127 River Oak Court
Weatherford, TX 76087

Sid Slocum, Water Section Manager
Texas Commission on Environmental Quality
2309 Gravel Drive
Fort Worth, TX 76118

Ron VanWyk, Water Enforcement Branch
Environmental Protection Agency
1445 Ross Avenue
Dallas, TX 75202

Range Production Company (691703)
100 Throckmorton St Ste 1200
Fort Worth, TX 76102

VICTOR G. CARRILLO, CHAIRMAN
ELIZABETH A. JONES, COMMISSIONER
MICHAEL L. WILLIAMS, COMMISSIONER



RAMON FERNANDEZ JR., P.E.
ACTING DEPUTY DIRECTOR, OIL AND GAS DIVISION
D. W. -JOE- CRESS
DISTRICT DIRECTOR

# RAILROAD COMMISSION OF TEXAS

## OIL AND GAS DIVISION

September 22, 2010

Unidentified

### STATUS REPORT

**Lipsky, Steve Complaint No. 7B-9601**
Lipsky Property
Domestic Water Well
Parker County, Texas
Job No. 10-8443

Steve Lipsky's concern was natural gas in a water well. On August 26, 2010, a joint inspection of the property was conducted by Bubba Jonas, Doug Allmand, Steve Lipsky, Shyla Lipsky, Alisa Rich, David Ritter and Bryn Meredith. On September 21, 2010, a file review was conducted by the District Office. During the inspection and file review, the following were observed:

SWR 8:   The Lipsky property water well was previously reported as drilled on 7/4/05, however, well records obtained from Pecks Well Service on 9/20/10, indicate drilling started and was completed on 4/11/05. An air rotary rig was used to drill a 7 inch well bore to a depth of 200 feet. A 4 inch slotted plastic casing was set from 180 feet to 200. Solid plastic 4 inch casing was run from surface to 180 feet with a steel sleeve surface completion. The casing was gravel packed from 60 to 200 feet and cemented from surface to 60 feet. The static water level was at 65 feet with a submersible pump set at 180 feet. The pump yielded 18 gpm with 90 feet of drawn down after 3 hours. The water well completion report described the water quality as good. Chemical analysis was not conducted at the time of completion and no know strata was penetrated which would contain undesirable constituents. Lithology of the water well is contained in the attachment State of Texas Well Report for Tracking #108518.

On August 26, 2010, a joint inspection of the property was conducted by Bubba Jonas, Doug Allmand, Steve Lipsky, Shyla Lipsky, Alisa Rich, David Ritter and Bryn Meredith. Two gas samples were obtained from the water well casing head during the inspection. The gas samples were shipped to the Commission's contracted lab (Anacon Lab) for TCD/FID analysis.

Range Production Company (691703) provided comparative analysis from the production tubing and bradenhead gas taken at the Butler Unit Lease (253732) Well No. 1 H. Each of the three gas samples taken, the Lipsky water well, the Butler Unit production and the Butler Unit bradenhead gas had distinct characteristics from each of the others. Gas analysis from the Butler production tubing was collected on 2/16/10. The operator was requested to resample the produced and bradenhead gas at the Butler Unit Well No. 1 H to obtain current comparative data. Complete gas analysis for each of the three locations sampled are attached.

Water samples taken on 8/17/10 from the Lipsky water well were analyzed for TPH, BTEX and chemical properties. TPH was not detectable at reporting limits. BTEX analysis detected Benzene at 0.00864 mg/L and Toluene at .00612 mg/L. The threshold limit for a Class 1 groundwater resource for Benzene is 0.005 mg/L and Toluene is 1.0 mg/L. Ethylbenzene and Xylenes were not detectable at reporting limits. Star diagrams, a pictorial representation of chemical analyses, were performed by the laboratory. Copies of those are enclosed along with some examples of representative star diagrams obtained from the *The Texas Department of Water Resources, Report 269, "Occurrence, Availability, and Chemical Quality of Ground Water in the Cretaceous Aquifers of North-Central Texas, April 1982 ".*

3444 NORTH 1ST  ★  SUITE 600  ★  ABILENE, TEXAS 79603  ★  PHONE: 325/677-3545  ★  FAX: 325/677-7122
TDD 800/735-2989 OR TDY 512/463-7284 AN EQUAL OPPORTUNITY EMPLOYER

Range Resources Corp.
Docket: SDWA-06-2011-1208
Administrative Record #19

Page 2
Lipsky, Steve Complaint 7B-9601
Unidentified
Lipsky Property
Parker County, Texas
September 22, 2010

According to the RRC Field Operations Manual, A Na/Cl of < 0.60 and a Cl/SO$_4$ ratio > 10.0, are indicators of contamination by oilfield brine. Chemical analyses of the Lipsky water well samples indicated a Na/Cl of 10 and Cl/SO$_4$ of 34. The star diagram indicates samples of the Lipsky water well are native groundwater, however the ionic ratios are inconclusive as to whether the well water is contaminated with oilfield brine. The Lipsky water well had a chloride concentration of 24 mg/L, total dissolved solids were 646 mg/L and a pH of 8.83.

In addition to obtaining current gas samples for analysis from the Butler Unit Well No. 1H, the operator has been directed to pressure test the production casing from a point below the top of cement behind the production casing. The operator submitted a proposal to the District Office and the test date is pending. After receiving the results of the pressure test further Commission action may be taken.

**File review is scheduled for the week of October 25, 2010.** Monthly inspections are scheduled to monitor the status of the Lipsky water well. The District Office is currently conducting a geologic assessment of the area and evaluating data from adjacent well records. **Please direct any questions with regard to this complaint to Doug Allmand at (325) 677-3545.**

Sincerely,

Doug Allmand
Engineering Specialist

DA/mm

☐ Assistant District Director
☑ District Director

cc:   Field Operations, RRC, Austin

Steve Lipsky
127 River Oak Court
Weatherford, TX 76087

Sid Slocum, Water Section Manager
Texas Commission on Environmental Quality
2309 Gravel Drive
Fort Worth, TX 76118

Ron VanWyk, Water Enforcement Branch
Environmental Protection Agency
1445 Ross Avenue
Dallas, TX 75202

Range Production Company (691703)
100 Throckmorton St Ste 1200
Fort Worth, TX 76102

**RAILROAD COMMISSION OF TEXAS**
Oil and Gas Division
Compliance Section

**District Office**
**INSPECTION REPORT**

D-O
rev. 6/07

**JOB NO.** 10-8443 –05

**DISTRICT** 7B

| | |
|---|---|
| OPERATOR **UNIDENTIFIED** | LEASE/ID |
| LEASE/FACILITY **LIPSKY PROPERTY** | DRILL PMT. NO. |
| WELL No.(s) **WATER WELL** | PLANT NO. |
| FIELD | PIT PMT. NO. |
| COUNTY **PARKER** ☐ COSTAL MGT AREA | PIPELINE PMT NO. |
| ☑ COMPLAINT NO. **7B-9601** | OTHER |
| COMPLAINANT NAME **STEVE LIPSKY** | LE DOCKET |
| DIRECTIONS | SFP CODE |
| | SFCU CODE |

☐ MUST WITNESS
☐ Field Initiated
☐ Taken By
   ☐ District ☐ Austin
☑ Backcheck
☑ Co-inspection
☐ Sweep
TOTAL:
UIC WELLS INSP
WELLS INSP
SITES INSP   **1**

| % TIME | UIC | ENV | SITE REM |
|---|---|---|---|
| LEGAL ENF | | PRO/PROD | TERRA |
| SFP | | OTHER | |

GPS COORDINATES: ☐ NO ☐ YES   LOG#
LAT                    LONG

**ACTIVITY** (check appropriate boxes)

| | | | |
|---|---|---|---|
| A ☐ BLOWOUT | P ☐ OIL SPILL (NON SEN) |
| B ☐ COM. SURFACE DISP. FAC. | Q ☐ OIL SPILL (SENS) |
| C ☐ COM. DISPOSAL WELL | R ☐ PIT INSPECTION |
| D ☐ FLARE/VENT | S ☐ PLANT INSP |
| E ☐ DISPOSAL/INJECTION | T ☐ PLUGGING (OPER) |
| F ☐ DRILLING RIG | U ☐ PLUGGING (SFP) |
| G ☐ FIRE | V ☐ PROD WATER SPILL |
| H ☐ H2S COMPLIANCE INSP. | W ☐ PROD TEST |
| I ☐ H2S INCIDENT | X ☐ PROD/INT CASING |
| J ☐ HYDROCARBON STRING | Y ☐ SEAL WELL |
| K ☑ LEASE INSPECTION | Z ☐ SITE ASSMT (SFCU) |
| L ☐ MIT | AA ☐ SITE CLEAN UP SFCU |
| M ☐ MINOR PERMIT | BB ☐ SURFACE CASING |
| N ☐ OFFICE | CC ☐ WASTE HAULER |
| O ☐ OTHER | |

**FIELD INSPECTION STATUS**

| | | COMPLIANCE | | Prev | New | Total |
|---|---|---|---|---|---|---|
| | | yes | no | viols. | viols. | viols. |
| SWR 2 | Access to Property | ☑ | ☐ | | | |
| SWR 3 | Signs | ☐ | ☐ | | | |
| SWR 8 | Water Protection | ☐ | ☑ | **1** | **0** | **1** |
| SWR 9 | Disposal Wells | ☐ | ☐ | | | |
| SWR 13 | Casing/Cementing | ☐ | ☐ | | | |
| SWR 14(B)(2) | Inactive wells | ☐ | ☐ | | | |
| SWR 17 | Pressure on Bradenhead | ☐ | ☐ | | | |
| SWR 21 | Firewalls | ☐ | ☐ | | | |
| SWR 22 | Protection of Birds | ☐ | ☐ | | | |
| SWR 27 | Gas Metering | ☐ | ☐ | | | |
| SWR 32 | Flaring/Venting | ☐ | ☐ | | | |
| SWR 36 | Hydrogen Sulfide | ☐ | ☐ | | | |
| SWR 46 | Injection Wells | ☐ | ☐ | | | |
| SWR 91 | Oil Spill Clean-up | ☐ | ☐ | | | |
| OTHER | | ☐ | ☐ | | | |
| OTHER | | ☐ | ☐ | | | |

Comments: **SWR 2: OK**
**JOINT INSPECTION WITH DOUG ALLMAND, STEVE LIPSKY, MRS. LIPSKY, ALISA RICH (WOLF EAGLE**
**ENVIROMENTAL), BRYN MEREDITH AND DAVID RITTER (TAYLOR OLSON LAW FIRM)**
**CATCH TWO GAS SAMPLES FROM WATER WELL CASING TO SEND TO LAB FOR ANALYSIS.**
**STEVE LIPSKY STATED THEY ARE GOING TO DISCONTINUE USE OF THE WELL FOR HOUSE USE.**
**THE 5000 GALLON HOLDING TANK WILL BE WASHED OUT AND FILLED WITH POTABLE WATER.**

| I CERTIFY THIS DATA IS TRUE AND COMPLETE: | | MILEAGE | TIME | LUNCH | | OFFICE REVIEW |
|---|---|---|---|---|---|---|
| _Bubba Jonas_ | START: | 173,996 | 9:30 | 60 (MIN) | | BY |
| TECH NO. **363**   DATE **08/26/10** | END: | 174,052 | 14:15 | ☐ Job Interrupt | | DATE 9/27/10 |

**RAILROAD COMMISSION OF TEXAS**
Oil and Gas Division
Compliance Section

**District Office**
**INSPECTION REPORT**

D-O
rev. 6/07

JOB NO. **10-8443**
DISTRICT **7B**

☐ MUST WITNESS

| | |
|---|---|
| OPERATOR **UNIDENTIFIED** | LEASE/ID |
| LEASE/FACILITY **LIPSKY PROP. WATER WELL** | DRILL PMT. NO. |
| WELL No.(s) | PLANT NO. |
| FIELD | PIT PMT. NO. |
| COUNTY **PARKER**   ☐ COSTAL MGT AREA | PIPELINE PMT NO. |
| ☑ COMPLAINT NO. **7B-9601** | OTHER |
| COMPLAINANT NAME **STEVE LIPSKY** | LE DOCKET |
| DIRECTIONS | SFP CODE |
| | SFCU CODE |

☐ Field Initiated
☐ Taken By
☐ District ☐ Austin
☑ Backcheck
☑ Co-inspection
☐ Sweep
TOTAL:
  UIC WELLS INSP
  WELLS INSP
  SITES INSP

| % TIME | UIC | ENV | SITE REM |
|---|---|---|---|
| LEGAL ENF | | PRO/PROD | TERRA |
| SFP | | OTHER | |

GPS COORDINATES: ☐ NO ☐ YES  LOG#
LAT **N32.56312**   LONG **W97.79144**

**ACTIVITY (check appropriate boxes)**

| | | |
|---|---|---|
| A ☐ BLOWOUT | P ☐ OIL SPILL (NON-SEN) | |
| B ☐ COM. SURFACE DISP. FAC. | Q ☐ OIL SPILL (SENS) | |
| C ☐ COM. DISPOSAL WELL | R ☐ PIT INSPECTION | |
| D ☐ FLARE/VENT | S ☐ PLANT INSP | |
| E ☐ DISPOSAL/INJECTION | T ☐ PLUGGING (OPER) | |
| F ☐ DRILLING RIG | U ☐ PLUGGING (SFP) | |
| G ☐ FIRE | V ☐ PROD WATER SPILL | |
| H ☐ H2S COMPLIANCE INSP. | W ☐ PROD TEST | |
| I ☐ H2S INCIDENT | X ☐ PROD/INJ CASING | |
| J ☐ HYDROCARBON STRING | Y ☐ SEAL WELL | |
| K ☑ LEASE INSPECTION | Z ☐ SITE ASSMT (SFCU) | |
| L ☐ MIT | AA ☐ SITE CLEAN UP SFCU | |
| M ☐ MINOR PERMIT | BB ☐ SURFACE CASING | |
| N ☐ OFFICE | CC ☐ WASTE HAULER | |
| O ☐ OTHER | | |

**FIELD INSPECTION STATUS**

| | | COMPLIANCE yes | no | Prev viols. | New viols. | Total viols. |
|---|---|---|---|---|---|---|
| SWR 2 | Access to Property | ☐ | ☐ | | | |
| SWR 3 | Signs | ☐ | ☐ | | | |
| SWR 8 | Water Protection | ☐ | ☐ | | | |
| SWR 9 | Disposal Wells | ☐ | ☐ | | | |
| SWR 13 | Casing/Cementing | ☐ | ☐ | | | |
| SWR 14(B)(2) | Inactive wells | ☐ | ☐ | | | |
| SWR 17 | Pressure on Bradenhead | ☐ | ☐ | | | |
| SWR 21 | Firewalls | ☐ | ☐ | | | |
| SWR 22 | Protection of Birds | ☐ | ☐ | | | |
| SWR 32 | Flaring/Venting | ☐ | ☐ | | | |
| SWR 36 | Hydrogen Sulfide | ☐ | ☐ | | | |
| SWR 46 | Injection Wells | ☐ | ☐ | | | |
| SWR 91 | Oil Spill Clean-up | ☐ | ☐ | | | |
| OTHER | | ☐ | ☐ | | | |
| OTHER | | ☐ | ☐ | | | |

**Comments:**
**JOINT INSPECTION WITH STEVE AND SHYLA LIPSKY; DAVID RITTER AND BRYN MEREDITH,**
**TAYLOR AND OLSON FIRM ATTNYS; ALISA RICH, WOLF EAGLE ENVIRONMENTAL, & BUBBA JONAS.**
**JONAS, RRC**
**COLLECTED TWO TEDLAR BAG GAS SAMPLES FROM THE CASING HEAD OF THE LIPSKY**
**WATER WELL.**

| I CERTIFY THIS DATA IS TRUE AND COMPLETE: | | MILEAGE | TIME | LUNCH | | OFFICE REVIEW |
|---|---|---|---|---|---|---|
| TECH NO. **457** DATE **08/26/10** | START: | **99,544** | **8:00** | **60** (MIN) | BY | DATE 9/21/10 |
| | END: | **99,706** | **17:00** | ☐ Job Interrupt | | |

000354 000009

## STATE OF TEXAS WELL REPORT for Tracking #108518

| | | | |
|---|---|---|---|
| Owner: | **Steve Lipiske** | Owner Well #: | **No Data** |
| Address: | **Silverado Addition** **Weatherford , TX  76086** | Grid #: | **32-26-6** |
| Well Location: | **Silverado Addition** **Weatherford , TX  76086** | Latitude: | **32° 33' 43" N** |
| Well County: | **Parker** | Longitude: | **097° 46' 46" W** |
| Elevation: | **No Data** | GPS Brand Used: | **map** |
| Type of Work: | **New Well** | Proposed Use: | **Domestic** |

**Drilling Date:**  Started: 4/11/2005
Completed: 4/11/2005

**Diameter of Hole:**  Diameter: 7 in From Surface To 200 ft

**Drilling Method:**  Air Rotary

**Borehole Completion:**  Gravel Packed From: 60 ft to 200 ft
Gravel Pack Size:

**Annular Seal Data:**  1st Interval: From 0 ft to 60 ft with 3 (#sacks and material)
2nd Interval: No Data
3rd Interval: No Data
Method Used: Grout
Cemented By: Larry Peck
Distance to Septic Field or other Concentrated Contamination: 150 ft
Distance to Property Line: No Data
Method of Verification: Tape
Approved by Variance: No Data

**Surface Completion:**  Alternative Procedure Used

**Water Level:**  Static level: 85 ft. below land surface on 4/11/2005
Artesian flow: No Data

**Packers:**  No Data

**Plugging Info:**  Casing or Cement/Bentonite left in well: No Data

**Type Of Pump:**  Submersible
Depth to pump bowl: 180 ft

**Well Tests:**  Bailer
Yield: 18 GPM with 90 ft drawdown after 3 hours

**Water Quality:**  Type of Water: Good
Depth of Strata: No Data
Chemical Analysis Made: No
Did the driller knowingly penetrate any strata which contained undesirable constituents: No

**Certification Data:**  The driller certified that the driller drilled this well (or the well was drilled under the driller's direct supervision) and that each and all of the statements herein are true and correct.  The driller understood that failure to complete the required items will result in the log(s) being returned for completion and resubmittal.

000255

Well Report: Tracking #:108518

| | |
|---|---|
| Company Information: | Peck's Water Well Service, Inc.<br>2650 White Settlement Road<br>Weatherford , TX 76087 |
| Driller License Number | 1598 |
| Licensed Well Driller Signature: | Larry Peck |
| Registered Driller Apprentice Signature: | No Data |
| Apprentice Registration Number: | No Data |
| Comments: | $dfs<br>Surface Completion: Steel Sleeve<br>This well is located near the Parker/Hood County Line. |

**IMPORTANT NOTICE FOR PERSONS HAVING WELLS DRILLED CONCERNING CONFIDENTIALITY**

TEX. OCC. CODE Title 12, Chapter 1901.251, authorizes the owner (owner or the person for whom the well was drilled) to keep information in Well Reports confidential. The Department shall hold the contents of the well log confidential and not a matter of public record if it receives, by certified mail, a written request to do so from the owner.

Please include the report's Tracking number (Tracking #108518) on your written request.

**Texas Department of Licensing & Regulation**
P.O. Box 12157
Austin, TX 78711
(512) 463-7880

**DESC. & COLOR OF FORMATION MATERIAL**

From (ft) To (ft)   Description
0-3 Top Soil
3-18 Clay Gravel Sand Layers
18-35 Yellow Clay Sand
35-60 Green Shale with Rock
60-90 Shale with Sand
90-140 Green Shale Gravel Sand Layers
140-145 Red Bed
145-190 Green Shale with Sand Layers
190-200 Red Bed

**CASING, BLANK PIPE & WELL SCREEN DATA**

Dia.   New/Used   Type   Setting From/To
4 New Plastic 0 180
4 New Plastic,Slotted 180 200 .020

000256

8/19/2010
Pl. Appx. 000011

ANACON, INC.

730 FM 1959
HOUSTON, TX 77034



ANALYTICAL AND CONSULTING LABORATORIES
PHONE: (281) 922-7000 • FAX (281) 481-0069

September 08, 2010

Doug Allmand
Railroad Commission of Texas - Abilene
3444 N. First St., Suite 600
Abilene, TX  79603

TEL:  (325) 677-3545
FAX  (325) 677-7122

RE:
                                                           Order No.:  1008279
Dear Doug Allmand:


Anacon, Inc. received 2 samples on 8/27/2010 for the analyses presented in the following report.


Analyses are performed with method-required QA/QC samples.  These data are provided along with the sample results.  There were no problems with the analyses unless noted in a Case Narrative.
If you have any questions regarding these tests results, please feel free to call.

Sincerely,


James Lee, Lab Manager

                                          Total Number of Pages _____ 008
                                          (Including Data Package Cover Sheet)

THIS DOCUMENT MEETS NELAC STANDARDS
NELAC CERTIFICATE # T104704206-010-1

nelac   This report shall not be reproduced, except in full, without the written approval of this laboratory.
Reported results represent only the sample tested.

**Anacon, Inc.**

Date: *08-Sep-10*

CLIENT:        Railroad Commission of Texas - Abilene
Project:
Lab Order:      1008279

**CASE NARRATIVE**

Anacon, Inc. received one gas sample to be analyzed for refinery analysis.  The sample was sent to SPL
for analysis.

002

Page 1 of 1

000258   Pl. Appx. 000013

Anacon, Inc.

Sample Receipt Checklist

Client Name  RRC-ABILENE

Work Order Numbe  1008279

Date and Time Receive                8/27/2010

Received by:        CC

Checklist completed by _C. Crupe_ 8/27/10                Reviewed by ___mx_ 8/27/10
                          Signature        Date                          Initials        Date

Matrix _Air_                          Carrier name:  FedEx

| | Yes | No | Not Present |
|---|---|---|---|
| Shipping container/cooler in good condition? | ☑ | ☐ | ☐ |
| Custody seals intact on shipping container/cooler? | ☑ | ☐ | ☐ |
| Custody seals intact on sample bottles? | ☐ | ☐ | ☑ |
| Chain of custody present? | ☑ | ☐ | |
| Chain of custody signed when relinquished and received? | ☑ | ☐ | |
| Chain of custody agrees with sample labels? | ☑ | ☐ | |
| Samples in proper container/bottle? | ☑ | ☐ | |
| Sample containers intact? | ☑ | ☐ | |
| Sufficient sample volume for indicated test? | ☑ | ☐ | |
| \ll samples received within holding time? | ☑ | ☐ | |
| Container/Temp Blank temperature in compliance? | ☑ | ☐ | |

Water - VOA vials have zero headspace?        No VOA vials submitted ☒        Yes ☐        No ☒

Water - pH acceptable upon receipt?                Yes ☐        No ☑

$(23.3°C-3)$

$20.3°C$

Adjusted? _____        Checked by _____

Any No and/or NA (not applicable) response must be detailed in the comments section be

Client contacted _____        Date contacted: _____        Person contacted _____

Contacted by: _____        Regarding: _____

Comments: _____

Corrective Action _____

003

000259

Pl. Appx. 000014



PAGE 1 OF 3

HOUSTON LABORATORIES
SELF INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 660-0701

CERTIFICATE OF ANALYSIS NUMBER:     2010080524-001A

Sample ID.: 1008279-01A   Gas
          : Tedlar Bag
          : 08/26/10   11:30

For    : Anacon
Attn.  : Melissa Knight
       : 730 FM 1959
         Houston Texas  77034

Comments: Analyst JH Date Analyzed 8/31/2010

TCD Analysis:

| COMPONENTS | MOL % |
|---|---|
| Hydrogen | 0.000 |
| Carbon Dioxide | 0.031 |
| Ethylene | 0.000 |
| Ethane | 5.151 |
| Acetylene | 0.000 |
| Argon/Oxygen | 4.109 |
| Nitrogen | 19.698 |
| Methane | 68.244 |
| Carbon Monoxide | 0.000 |

Specific Gravity        :     0.7172
(Air = 1.000 @ 60F)

|  | Net | Gross |
|---|---|---|
| BTU / ft3  :  | 775.7  Dry | 858.4  Dry |
| ( @ 14.65 & 60F) | 762.2  Wet | 843.5  Wet |

SOUTHERN PETROLEUM LABORATORIES, INC.

*Clo Staley*

Hydrocarbon Laboratory Manager

000280 Appx. 000015



PAGE 2 OF 3

HOUSTON LABORATORIES
8820 INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 660-0901

CERTIFICATE OF ANALYSIS NUMBER:     2010080524-001A

Sample ID.: 1008279-01A   Gas
         : Tedlar Bag

For    : Anacon
Attn.  : Melissa Knight
       : 730 FM 1959
         Houston Texas  77034

FID Analysis:

| COMPONENTS | MOL % | |
|---|---|---|
| Hexanes Plus | 0.121 | |
| Methane | 68.244 | |
| Ethane/Ethylene | 5.151 / | 0.000 |
| Propane | 1.767 | |
| Propylene | 0.000 | |
| iso-Butane | 0.274 | |
| Propadiene | 0.000 | |
| n-Butane | 0.418 | |
| Butene-1 | 0.000 | |
| Neo-Pentane | None Detected | |
| iso-Butene | 0.000 | |
| trans-Butene-2 | 0.000 | |
| cis-Butene-2 | 0.000 | |
| 1,3-Butadiene | 0.000 | |
| iso-Pentane | 0.105 | |
| n-Pentane | 0.082 | |

SOUTHERN PETROLEUM LABORATORIES, INC.

*Chs Staley*

Hydrocarbon Laboratory Manager

005

Appx. 000016



PAGE 3 OF 3

HOUSTON LABORATORIES
8920 INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 660-0801

CERTIFICATE OF ANALYSIS NUMBER:  2010080524-001A

Sample ID.: 1008279-01A  Gas
: Tedlar Bag

For   : Anacon
Attn.  : Melissa Knight
: 730 FM 1959
  Houston Texas  77034

Completed Analysis:

| Component | MOL % | | WT% | |
|---|---|---|---|---|
| Hydrogen | 0.000 | | 0.000 | |
| Carbon Dioxide | 0.031 | | 0.066 | |
| Carbon Monoxide | 0.000 | | 0.000 | |
| Ethylene | 0.000 | | 0.000 | |
| Acetylene/Propylene | 0.000 / | 0.000 | 0.000 / | 0.000 |
| Argon/Oxygen | 4.109 | | 6.329 | |
| Nitrogen | 19.698 | | 26.575 | |
| Methane | 68.244 | | 52.696 | |
| Ethane | 5.151 | | 7.455 | |
| Propane | 1.767 | | 3.750 | |
| iso-Butane | 0.274 | | 0.767 | |
| Propadiene | 0.000 | | 0.000 | |
| n-Butane | 0.418 | | 1.169 | |
| Butene-1 | 0.000 | | 0.000 | |
| Neo-Pentane | 0.000 | | 0.000 | |
| iso-Butene | 0.000 | | 0.000 | |
| trans-Butene-2 | 0.000 | | 0.000 | |
| cis-Butene-2 | 0.000 | | 0.000 | |
| 1,3-Butadiene | 0.000 | | 0.000 | |
| Iso-Pentane | 0.105 | | 0.365 | |
| n-Pentane | 0.082 | | 0.285 | |
| Hexane Plus | 0.121 | | 0.543 | |
| | 100.000 | | 100.000 | |

SOUTHERN PETROLEUM LABORATORIES, INC.

Hydrocarbon Laboratory Manager

006



SPL, Inc.                              Invoice No.      1030532939
PO Box 842013                          Customer No ANACON
Dallas, Texas  75284-2013
(713) 660-0901 Phone
(713) 660-8975 Fax

*Invoice*

| Customer | | | | |
|---|---|---|---|---|
| Company | Anacon, Inc | | Date | 8/31/2010 |
| Attention | Accounts Payable/Melissa Knight | | Order No. | 2010080624 |
| Address | 730 FM 1959 | | Rep | Melissa Knight |
| City | Houston Texas 77034 | | PO# | 1008279-CC |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Refinery Gases-TCD/FID-ASTM D-1946/1945M | $275.00 | $275.00 |
| | | SubTotal | $275.00 |
| | | Shipping & Handling | $0.00 |
| | | Taxes    State | $0.00 |
| | | TOTAL | $275.00 |

**Payment Details**
○ Cash
◉ Check
○ Credit

Name _____
CC # _____
Expires _____

Office Use Only

*Southern Petroleum payment terms are net 30.*

NET 30                                                    Page 1

*Thank You for Your Business*

007

000263
Pl. Appx. 000018

**ANACON, INC.**
730 FM 1959
HOUSTON, TX 77034-5422

# INVOICE

Invoice Number:   119314-1008279
Invoice Date:      Sep 13, 2010
Page:              1

Voice:   (281) 922-7000
Fax:     (281 922-9158

**Bill To:**
Abilene District RR Comm.
District Director
3444 N. First St., Suite 600
Abilene, TX  79603

**Ship to:**
Abilene District RR Comm.
District Director
3444 N. First St., Suite 600
Abilene, TX  79603

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| TXRR-ABILENE | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | | | 10/13/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | MISC | REFINING GASES | 275.00 | 275.00 |

| | |
|---|---|
| Subtotal | 275.00 |
| Sales Tax | |
| Total Invoice Amount | 275.00 |
| Payment/Credit Applied | |
| **TOTAL** | **275.00** |

Check/Credit Memo No:

Pl. App'x. 000019

QAP. Revision 2.7

ANACON, INC.

720 FM 1959
HOUSTON, TX 77034
(281) 922-7000 Tel.
(281) 481-0099 Fax.

# Chain of Custody Record

Page 1 of 1

Anacon Log Number: 10083791
Due Date:
Turn Around Time:

Client: Railroad Commission of Tx
Abilene Dist 7B

Contact Person: Doug Allmand
Phone Number: (325) 677-3545
Fax Number: (325) 677-7122

Delivered By: FedEx #8u85 3060 1445  Sampled By: Doug Allmand
Custody Seal (Y/N):
Temperature: 20.3°C

| Log Number | Sample Matrix | Date/Time Collected | Number of Containers | Client Sample ID | Type of Analysis Requested | | pH | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | hydrocarbons | | | |
| 101A | Gas | 9/26/10 1130 | 1 tedlar | Casing #1 | X | | | |
| 101A | Gas | 9/26/10 1132 | 1 tedlar | Casing #2 | X | | | |

Lightly Stone Complaint No. 7B 9601
Water Well - Casing gas samples
Parker County Texas

| Relinquished By: Doug Allmand | Date: 9/26/10 | Time: 17:00 | Relinquished By: | Date: | Time: |
|---|---|---|---|---|---|
| Accepted By: JW Ergo | Date: 9/27/10 | Time: 9:30 | Accepted By: | Date: | Time: |
| Relinquished By: | Date: | Time: | Relinquished By: | Date: | Time: |
| Accepted By: | | | Accepted By: | | |

000265

Pl. Appx. 000020



PAGE 1 OF 3

CERTIFICATE OF ANALYSIS NUMBER:      2010090089-001A

**HOUSTON LAB**
8820 INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 660-0901

Sample ID.: Butler 1-H      Surface Casing
: 22 psig @ 70° F
: Received 9/8/2010

*Bradenhead gas sample*

For    : Texas Fabco Inc.
Attn.  : John Baker
: P.O. Box 1174
Granbury Texas 76048

Comments: Analyst JH Date Analyzed 9/8/2010

TCD Analysis:

| COMPONENTS | MOL % |
|---|---|
| Hydrogen/ Helium | 0.304 |
| Carbon Dioxide | 0.032 |
| Ethylene | 0.000 |
| Ethane | 0.538 |
| Acetylene | 0.000 |
| Argon/Oxygen | 0.039 |
| Nitrogen | 7.389 |
| Methane | 91.481 |
| Carbon Monoxide | 0.000 |

| | | Net | | Gross | |
|---|---|---|---|---|---|
| Specific Gravity (Air = 1.000 @ 60F) | : | 0.5888 | | | |
| BTU / ft3 ( @ 14.65 & 60F) | : | 844.4 Dry | | 937.9 Dry | |
| | | 829.7 Wet | | 921.6 Wet | |

SOUTHERN PETROLEUM LABORATORIES, INC.

*Cho Staley*

Hydrocarbon Laboratory Manager

000266
Pl. Appx. 000021



PAGE 2 OF 3

HOUSTON LAB
6820 INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 660-0901

CERTIFICATE OF ANALYSIS NUMBER:     2010090089-001A

Sample ID.: Butler 1-H      Surface Casing
          : 22 psig @ 70° F

For   : Texas Fabco Inc.
Attn. : John Baker
      : P.O. Box 1174
        Granbury Texas 76048

FID Analysis:

| COMPONENTS | MOL % | |
|---|---|---|
| Hexanes Plus | 0.012 | |
| Methane | 91.481 | |
| Ethane/Ethylene | 0.538 / | 0.000 |
| Propane | 0.140 | |
| Propylene | 0.000 | |
| iso-Butane | 0.019 | |
| Propadiene | 0.000 | |
| n-Butane | 0.033 | |
| Butene-1 | 0.000 | |
| Neo-Pentane | None Detected | |
| iso-Butene | 0.000 | |
| trans-Butene-2 | 0.000 | |
| cis-Butene-2 | 0.000 | |
| 1,3-Butadiene | 0.000 | |
| iso-Pentane | 0.007 | |
| n-Pentane | 0.006 | |

SOUTHERN PETROLEUM LABORATORIES, INC.

Hydrocarbon Laboratory Manager

000267
Pl. Appx. 000022



PAGE 3 OF 3

CERTIFICATE OF ANALYSIS NUMBER:      2010090089-001A

HOUSTON LAB
8820 INTERCHANGE DRIVE
HOUSTON, TEXAS 77054
PHONE (713) 060-0901

Sample ID.: Butler 1-H      Surface Casing
          : 22 psig @ 70° F

For    : Texas Fabco Inc.
Attn.  : John Baker
       : P.O. Box 1174
         Granbury Texas 76048

Completed Analysis:

| Component | MOL % | | WT% | |
|---|---|---|---|---|
| Hydrogen/ helium | 0.304 | | 0.036 | |
| Carbon Dioxide | 0.032 | | 0.083 | |
| Carbon Monoxide | 0.000 | | 0.000 | |
| Ethylene | 0.000 | | 0.000 | |
| Acetylene/Propylene | 0.000 / | 0.000 | 0.000 / | 0.000 |
| Argon/Oxygen | 0.039 | | 0.073 | |
| Nitrogen | 7.389 | | 12.144 | |
| Methane | 91.481 | | 86.055 | |
| Ethane | 0.538 | | 0.949 | |
| Propane | 0.140 | | 0.362 | |
| iso-Butane | 0.019 | | 0.065 | |
| Propadiene | 0.000 | | 0.000 | |
| n-Butane | 0.033 | | 0.112 | |
| Butene-1 | 0.000 | | 0.000 | |
| Neo-Pentane | 0.000 | | 0.000 | |
| iso-Butene | 0.000 | | 0.000 | |
| trans-Butene-2 | 0.000 | | 0.000 | |
| cis-Butene-2 | 0.000 | | 0.000 | |
| 1,3-Butadiene | 0.000 | | 0.000 | |
| iso-Pentane | 0.007 | | 0.030 | |
| n-Pentane | 0.006 | | 0.025 | |
| Hexane Plus | 0.012 | | 0.066 | |
| | 100.000 | | 100.000 | |

SOUTHERN PETROLEUM LABORATORIES, INC.

Hydrocarbon Laboratory Manager

Pl. Appx. 000023

# SPL, Inc.
## Analysis Request Chain of Custody Record

| | | SPL Work Order No.: | | SPL Work Order No.: | | Acct./Mate Code: | | Dept. Code | | SPL |
|---|---|---|---|---|---|---|---|---|---|---|
| Report To: (Company Name): | Texas Fabco | | | | | TXFAB-01 | | 3040 | | Page 1 of 1 |

**Address** PO BOX 1174

**City/State/Zip** Granbury TX 76094

**Contact:**   **Phone:**   **Fax:**

| | Project/Station Name: | Project/Station Number: | Project/Station Location: | **Requested TAT** |
|---|---|---|---|---|

**Invoice To:** (Company Name): Texas Fabco

**Address** PO BOX 1174

**City/State/Zip** Granbury TX 76094

**Contact:**   **Phone:**   **Fax:**

Special Instructions:

e mail to-Brooke@texasfabco.com

kellie@texasfabco.com

sean@texasfabco.com

Indicate Billing Type:

| Net 30 day Acct. | | Credit Card | | Check # | | Cash Rec'd | $ |
|---|---|---|---|---|---|---|---|

Contact SPL, Inc for CC payment arrangements.

**Other** Indicate Below

24hr *
48hr *
72hr *
Standard

PO / Ref. No.:

Contract/Proposal #:

* Terms: Cylinders will be rented for $10/cy. All cylinders checked out are to be returned within 21 days, whether they contain sample or not. Cylinders not returned after 30 days will be considered lost and will be billed at current replacement cost.

| WO# and Fraction | Sample Date | Sample Time | Sample Type (Gas/Liq, Solid) | Duplicate | Composite | Spot | Cylinder # | Date Out | Date In | ASTM-1945M | Refinery Gas TCD/FID | Requested Analysis | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Butler 1-H | 9-3-10 | | Gas | | | x | 14 | | | x | x | | | PRESSURE=22 psi |
| | | | | | | | | | | | | | | Temp 70 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

* Surcharges May Apply

**Cylinder Tracking Info**

Sampled By-Print Name:
Signature: S. Baker

Relinquished By-Print Name: Lee Mason
Signature: Date: 9-3-10 Time:

Relinquished By-Print Name: Lee Mason
Signature: Date: Time:

Relinquished By-Print Name:
Signature: Date: Time:

Company Name:

Received By-Print Name:
Signature: Date: Time:

Received By-Print Name: Martin Caceres
Signature: Date: 5/6/10 Time: 12:35

Received By-Print Name:
Signature: Date: Time:

8822 Interchange Dr. Houston, TX 77054
(713) 660-0901

500 Ambassador Caffery Pkwy, Scott, LA 70583
(337) 237-4775

8221 Highway 23 Belle Chasse, LA 70037
(504) 391-1337

1596 US 79 South Carthage, TX 75633
(903) 693-6242

P.O. Box 3079 Laurel, MS 39442
(501) 428-0842

459 Hughes Dr. Traverse City, MI 49686
(616) 947-5777

Note - As a convenience to our clients, this form is available in an electronic format. Please contact one of our offices above for the form to be e-mailed to you.

xx

## J-W MEASUREMENT COMPANY
Shreveport, LA Tyler, TX Fairfield, TX Victoria, TX
Godley, TX Broussard, LA Zapata, TX
WWW.JWOPERATING.COM
888-226-9110

G

| | | | | |
|---|---|---|---|---|
| **J-WMC Number** | : 19505701307 | | **Date Sampled** | : 02/16/2010 |
| **Customer** | : TEXAS FABCO INC. | | **Date Analyzed** | : 02/16/2010 |
| **Station ID** | : 1307 | | **Effective Date** | : 03/01/2010 |
| **Station Name** | : BUTLER # 1-H | | **Pressure** | : 142.0 |
| **Area** | : RANGE RESOURCES | | **Temperature (F)** | : 89.0 |
| **County/Parish** | : HOOD | | **Cylinder ID** | : 1732 |
| **State** | : TX | | **Sampled by** | : JM |
| **Property Cd** | : | | | |

| COMPONENT | MOL % | GPM @ 14.696(PSIA) |
|---|---|---|
| Methane | 77.2336 | 0.000 |
| Ethane | 12.5110 | 3.337 |
| Propane | 4.4428 | 1.221 |
| Iso-Butane | 0.6131 | 0.200 |
| Normal-Butane | 1.2582 | 0.396 |
| Iso-Pentane | 0.3698 | 0.135 |
| Normal-Pentane | 0.4328 | 0.156 |
| Hexanes++ | 1.4451 | 0.625 |
| Nitrogen | 1.2433 | 0.000 |
| Carbon-Dioxide | 0.4503 | 0.000 |
| **TOTAL** | **100.0000** | **6.071** |

Compressibility Factor (Z) @ 14.696 PSIA @ 60 DEG. F =                                  0.9961

**Real Gravity:**    0.751                                         **Ideal Gravity:**  0.748

| BTU @ (PSIA) | @14.65 | @14.696 | @14.73 | @15.025 |
|---|---|---|---|---|
| GPM | 6.052 | 6.071 | 6.085 | 6.207 |
| Ideal BTU Dry | 1276.50 | 1280.50 | 1283.47 | 1309.17 |
| Ideal BTU Sat | 1254.16 | 1258.17 | 1261.13 | 1286.83 |
| Real BTU Dry | 1281.43 | 1285.47 | 1288.45 | 1314.36 |
| Real BTU Sat | 1259.42 | 1263.47 | 1266.45 | 1292.36 |

**Comments:**

**METHOD: GPA 2261-00**
Note: Calibration, Standards, and testing procedures
are archived pursuant to GPA regulations.

This Analysis Report is not intended for submission to
Lousiana Department of Environmental Quality.

*Deborah Murphy*
J-W ANALYST

**000270**
Pl. Appx. 000025



DFW LABORATORIES
2440 Chambers Street, Suite A
Venus, TX 76084
PHONE (817) 539-2168
FAX (817) 539-2170

# Certificate of Analysis

Number: 3040-2010090011-001A

September 02, 2010

Sean Baker
P.O. Box 1174
Grandbury  TX 76084
United States Of America

| | | Sampled By: | S. Baker | |
| --- | --- | --- | --- | --- |
| Sample ID: | | Sample Of: | Natural Gas | Spot |
| Station Name : | Butler 1H | Sample Date: | 09/02/2010 | |
| Station Number : | B001INJ | Sample Conditions: | 22.0 psig , | @ 70.0°F |
| Station Location : | Barnett Shale | PO / Ref. No: | | |
| Sample Point: | Surface Casing | Effective Date: | | |

## ANALYTICAL DATA

| Components | Mol % | Wt % | GPM at 14.650 psia | Method | Lab Tech. | Date Analyzed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | GPA-2261 M | LM | 9/2/2010 |
| Nitrogen | 7.200 | 11.794 | | | | |
| Carbon Dioxide | 0.013 | 0.033 | | | | |
| Methane | 91.979 | 86.280 | | | | |
| Ethane | 0.540 | 0.949 | 0.144 | | | |
| Propane | 0.137 | 0.353 | 0.038 | | | |
| Iso Butane | 0.019 | 0.065 | 0.006 | | | |
| n-Butane | 0.033 | 0.112 | 0.010 | | | |
| Iso Pentane | 0.007 | 0.030 | 0.003 | | | |
| n-Pentane | 0.007 | 0.030 | 0.003 | | | |
| Hexanes Plus | 0.065 | 0.354 | 0.028 | | | |
| | 100.000 | 100.000 | 0.232 | | | |

| | C2 + | C3 + | IC5 + | |
| --- | --- | --- | --- | --- |
| GPM TOTAL : | 0.232 | 0.088 | 0.034 | |
| Relative Density | Real Gas | | | 0.5914 |
| Calculated Molecular Weight | | | | 17.10 |
| Compressibility Factor | | | | 0.9981 |

Calculated Gross BTU per ft³ @14.650 psia & 60°F

| Real Gas | Dry Basis | 946 |
| --- | --- | --- |
| | Saturated Basis | 930 |

Comments :

Cylinder Number   14

_Barrett ? ( ... )._

Hydrocarbon Laboratory Manager

Quality Assurance:     The above analyses are performed in accordance with ASTM, UOP or GPA guidelines for quality assurance, unless otherwise stated

000271

Pl. Appx. 000026

## ANACON, INC.

730 FM 1959
HOUSTON, TX 77034



ANALYTICAL AND CONSULTING LABORATORIES

PHONE: (281) 922-7000 • FAX (281) 481-0089

August 30, 2010

Doug Allmand
Railroad Commission of Texas - Abilene
3444 N. First St., Suite 600
Abilene, TX  79603

TEL:  (325) 677-3545
FAX   (325) 677-7122

RE:

Order No.:  1008199

Dear Doug Allmand:

Anacon, Inc. received 4 samples on 8/18/2010 for the analyses presented in the following report.

Analyses are performed with method-required QA/QC samples.  These data are provided along with the sample results.  There were no problems with the analyses unless noted in a Case Narrative.

If you have any questions regarding these tests results, please feel free to call.

Sincerely,

James Lee, Lab Manager

Total Number of Pages_____17_____
(Including Data Package Cover Sheet)

THIS DOCUMENT MEETS NELAC STANDARDS
NELAC CERTIFICATE # T104704206-010-1

nelac

This document may not be reproduced, except in full, without the written approval of this laboratory.
Reported results represent only the sample tested.

000272
Pl. Appx. 000027

**Anacon, Inc.**

Date: *30-Aug-10*

| | |
|---|---|
| **CLIENT:** | Railroad Commission of Texas - Abilene |
| **Project:** | |
| **Lab Order:** | 1008199 |

**CASE NARRATIVE**

Anacon, Inc. received one water sample to be analyzed for anions, cations, alkalinity, TDS, TPH, BTEX, and pH. The sample was received in good condition and within hold times required for analysis. There was a QC problems noted with the MSD for sodium, however, the sample spiked was from a different client. Also, one of the TPH surrogates in the sample was below the acceptance limits. All QC has been included for review.

02

Page 1 of 1

Pl. Appx. 000028

Anacon, Inc.

## Sample Receipt Checklist

Client Name  RRC-ABILENE

Work Order Numbe   1008199

Checklist completed by _C. Cripe_    8/18/10
               Signature             Date

Date and Time Receive       8/18/2010

Received by:     CC

Reviewed by _mc_ 8/18/10
        Initials         Date

Matrix: _Water_        Carrier name:   FedEx

| | Yes | No | Not Present |
|---|---|---|---|
| Shipping container/cooler in good condition? | ☑ | ☐ | ☐ |
| Custody seals intact on shippping container/cooler? | ☑ | ☐ | ☐ |
| Custody seals intact on sample bottles? | ☐ | ☐ | ☑ |
| Chain of custody present? | ☑ | ☐ | |
| Chain of custody signed when relinquished and received? | ☑ | ☐ | |
| Chain of custody agrees with sample labels? | ☑ | ☐ | |
| Samples in proper container/bottle? | ☑ | ☐ | |
| Sample containers intact? | ☑ | ☐ | |
| Sufficient sample volume for indicated test? | ☑ | ☐ | |
| All samples received within holding time? | ☑ | ☐ | |
| Container/Temp Blank temperature in compliance? | ☑ | ☐ | |

(6.1°C-3)

3.1°C

| | No VOA vials submitted | Yes | No |
|---|---|---|---|
| Water - VOA vials have zero headspace? | ☐ | ☑ | ☐ |

| | Yes | No |
|---|---|---|
| Water - pH acceptable upon receipt? | ☑ | ☐ |

Adjusted? _NO_      Checked by _CC_

Any No and/or NA (not applicable) response must be detailed in the comments section be

Client contacted _____ Date contacted: _____ Person contacted _____

Contacted by: _____ Regarding: _____

Comments: _____

Corrective Action _____

000274

Pl. Appx. 000029

# Anacon, Inc.

Date: *27-Aug-10*

| | | | | |
|---|---|---|---|---|
| **CLIENT:** | Railroad Commission of Texas - Abilene | | **Client Sample ID:** 6 | |
| **Lab Order:** | 1008199 | | **Collection Date:** 8/17/2010 10:00:00 AM | |
| **Project:** | | | | |
| **Lab ID:** | 1008199-001 | | **Matrix:** WATER | |

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ICP METALS** | | E200.7 | | | | Analyst: HN |
| Calcium | 1.32 | 0.0420 | | mg/L | 1 | 8/27/2010 11:56:00 AM |
| Magnesium | 0.531 | 0.134 | | mg/L | 1 | 8/27/2010 11:56:00 AM |
| Potassium | 1.04 | 0.166 | | mg/L | 1 | 8/27/2010 11:56:00 AM |
| Sodium | 250 | 0.0510 | | mg/L | 1 | 8/27/2010 11:56:00 AM |

| Qualifiers: | ND - Not Detected at the Reporting Limit | S - Spike Recovery outside accepted recovery limits |
|---|---|---|
| | J - Analyte detected below quanititation limits | R - RPD outside accepted recovery limits |
| | B - Analyte detected in the associated Method Blank | E - Value above quantitation range |
| | * - Value exceeds Maximum Contaminant Level | |

04

Page 1 of 4

# Anacon, Inc.

Date: *27-Aug-10*

| | |
|---|---|
| CLIENT: | Railroad Commission of Texas - Abilene |
| Lab Order: | 1008199 |
| Project: | |
| Lab ID: | 1008199-002 |

Client Sample ID: 5
Collection Date: 8/17/2010 10:00:00 AM

Matrix: WATER

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **ANIONS BY ION CHROMATOGRAPHY** | | **E300** | | | | Analyst: KK |
| Chloride | 24.0 | 0.500 | | mg/L | 1 | 8/20/2010 |
| Sulfate | 0.750 | 0.500 | | mg/L | 1 | 8/20/2010 |
| **ALKALINITY** | | **M2320 B** | | | | Analyst: JS |
| Bicarbonate | 577 | 2.00 | | mg/L | 1 | 8/19/2010 |
| Carbonate | ND | 2.00 | | mg/L | 1 | 8/19/2010 |
| **PH** | | **E150.1** | | | | Analyst: JS |
| pH | 8.83 | 0 | | pH units | 1 | 8/19/2010 |
| **TOTAL DISSOLVED SOLIDS** | | **M2540 C** | | | | Analyst: JS |
| TDS | 646 | 2.00 | | mg/L | 1 | 8/24/2010 |

| Qualifiers: | ND - Not Detected at the Reporting Limit | S - Spike Recovery outside accepted recovery limits |
|---|---|---|
| | J - Analyte detected below quanitition limits | R - RPD outside accepted recovery limits |
| | B - Analyte detected in the associated Method Blank | E - Value above quantitation range |
| | * - Value exceeds Maximum Contaminant Level | |

05

Page 2 of 4

**Anacon, Inc.**

Date: *27-Aug-10*

| | |
|---|---|
| **CLIENT:** | Railroad Commission of Texas - Abilene |
| **Lab Order:** | 1008199 |
| **Project:** | |
| **Lab ID:** | 1008199-003 |

**Client Sample ID:** 3,4

**Collection Date:** 8/17/2010 10:00:00 AM

**Matrix:** WATER

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **TPH FOR WATER** | | **TX1005** | | | | Analyst: JL |
| TPH (C6 - C35) | ND | 5.00 | | mg/L | 1 | 8/19/2010 |
| TPH (C6 - C12) | ND | 5.00 | | mg/L | 1 | 8/19/2010 |
| TPH (C12 - C35) | ND | 5.00 | | mg/L | 1 | 8/19/2010 |
| Surr: 1-Chlorooctadecane | 32.0 | 50-150 | S | %REC | 1 | 8/19/2010 |
| Surr: 1-Chlorooctane | 82.0 | 50-150 | | %REC | 1 | 8/19/2010 |

Qualifiers:
ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
B - Analyte detected in the associated Method Blank
* - Value exceeds Maximum Contaminant Level

S - Spike Recovery outside accepted recovery limits
R - RPD outside accepted recovery limits
E - Value above quantitation range

06

Page 3 of 4

## Anacon, Inc.

Date: *27-Aug-10*

| | |
|---|---|
| **CLIENT:** | Railroad Commission of Texas - Abilene |
| **Lab Order:** | 1008199 |
| **Project:** | |
| **Lab ID:** | 1008199-004 |

**Client Sample ID:** 1,2

**Collection Date:** 8/17/2010 10:00:00 AM

**Matrix:** WATER

| Analyses | Result | Limit | Qual | Units | DF | Date Analyzed |
|---|---|---|---|---|---|---|
| **VOLATILE ORGANIC COMPOUNDS IN WATER BY** | | **SW8260B** | | | | Analyst: KK |
| Benzene | 6.84 | 2.00 | | µg/L | 1 | 8/18/2010 11:59:00 PM |
| Ethylbenzene | ND | 2.00 | | µg/L | 1 | 8/18/2010 11:59:00 PM |
| m,p-Xylene | ND | 4.00 | | µg/L | 1 | 8/18/2010 11:59:00 PM |
| o-Xylene | ND | 2.00 | | µg/L | 1 | 8/18/2010 11:59:00 PM |
| Toluene | 6.12 | 2.00 | | µg/L | 1 | 8/18/2010 11:59:00 PM |
| Surr: 1,2-Dichloroethane-d4 | 76.2 | 60-135 | | %REC | 1 | 8/18/2010 11:59:00 PM |
| Surr: 4-Bromofluorobenzene | 105 | 69-130 | | %REC | 1 | 8/18/2010 11:59:00 PM |
| Surr: Dibromofluoromethane | 97.9 | 62-130 | | %REC | 1 | 8/18/2010 11:59:00 PM |
| Surr: Toluene-d8 | 130 | 62-135 | | %REC | 1 | 8/18/2010 11:59:00 PM |

| | | | |
|---|---|---|---|
| **Qualifiers:** | ND - Not Detected at the Reporting Limit | S - Spike Recovery outside accepted recovery limits | |
| | J - Analyte detected below quantitation limits | R - RPD outside accepted recovery limits | |
| | B - Analyte detected in the associated Method Blank | E - Value above quantitation range | |
| | * - Value exceeds Maximum Contaminant Level | | Page 4 of 4 |

Anacon, Inc.

Date: 30-Aug-10

# ANALYTICAL QC SUMMARY REPORT

TestCode: 200.7

08

**CLIENT:** Railroad Commission of Texas - Abilene
**Work Order:** 1008199
**Project:**

---

**Sample ID:** BLK082510.JS   **SampType:** MBLK   **TestCode:** 200.7   **Units:** mg/L   **Prep Date:**   **Run ID:** METAL-ICP-1_100827A
**Client ID:** ZZZZZ   **Batch ID:** R27035   **TestNo:** E200.7   **Analysis** 8/27/2010   **SeqNo:** 332441

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | ND | 0.0420 | | | | | | | | | |
| Magnesium | ND | 0.134 | | | | | | | | | |
| Potassium | ND | 0.166 | | | | | | | | | |
| Sodium | ND | 0.0510 | | | | | | | | | |

---

**Sample ID:** LCS082510.JS   **SampType:** LCS   **TestCode:** 200.7   **Units:** mg/L   **Prep Date:**   **Run ID:** METAL-ICP-1_100827A
**Client ID:** ZZZZZ   **Batch ID:** R27035   **TestNo:** E200.7   **Analysis** 8/27/2010   **SeqNo:** 332442

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | 0.1268 | 0.0420 | 0.1 | 0 | 127 | 70 | 130 | 0 | 0 | | |
| Magnesium | 0.1151 | 0.134 | 0.1 | 0 | 115 | 70 | 130 | 0 | 0 | | |
| Potassium | 0.9486 | 0.166 | 1 | 0 | 94.9 | 70 | 130 | 0 | 0 | | |
| Sodium | 0.1294 | 0.0510 | 0.1 | 0 | 129 | 70 | 130 | 0 | 0 | | |

---

**Sample ID:** 1008227-014A-MS   **SampType:** MS   **TestCode:** 200.7   **Units:** mg/L   **Prep Date:**   **Run ID:** METAL-ICP-1_100827A
**Client ID:** ZZZZZ   **Batch ID:** R27035   **TestNo:** E200.7   **Analysis** 8/27/2010   **SeqNo:** 332452

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | 652.3 | 0.0420 | 100 | 552 | 100 | 70 | 130 | | | | |
| Magnesium | 359.8 | 0.134 | 100 | 264.1 | 95.7 | 70 | 130 | | | | |
| Potassium | 137 | 0.166 | 100 | 27.95 | 109 | 70 | 130 | | | | |
| Sodium | 4187 | 0.0510 | 100 | 4116 | 70.9 | 70 | 130 | | | | |

---

**Sample ID:** 1008227-014A-MSD   **SampType:** MSD   **TestCode:** 200.7   **Units:**   **Prep Date:**   **Run ID:** METAL-ICP-1_100827A
**Client ID:** ZZZZZ   **Batch ID:** R27035   **TestNo:** E200.7   **Analysis** 8/27/2010   **SeqNo:** 332453

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | 655.6 | 0.0420 | 100 | 552 | 104 | 70 | 130 | 652.3 | 0.504 | 25 | |
| Magnesium | 358.3 | 0.134 | 100 | 264.1 | 94.2 | 70 | 130 | 359.8 | 0.405 | 25 | |

---

**Qualifiers:**

ND - Not Detected at the Reporting Limit    S - Spike Recovery outside accepted recovery limits    B - Analyte detected in the associated Method

J - Analyte detected below the quantitation limits    R - RPD outside accepted recovery limits

Page 1 of 5

# ANALYTICAL QC SUMMARY REPORT

## TestCode: 200.7

**CLIENT:** Railroad Commission of Texas - Abilene
**Work Order:** 1008199
**Project:**

Sample ID: 1008227-014A-MSD   SampType: **MSD**   TestCode: 200.7   Prep Date:   Run ID: METAL-ICP-1_100827A
Client ID: ZZZZZ   Batch ID: R27035   TestNo: E200.7   Analysis: 8/27/2010   SeqNo: 332463

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Potassium | 136.8 | 0.166 | 100 | 27.96 | 109 | 70 | 130 | 137 | 0.0911 | 25 | |
| Sodium | 4154 | 0.0510 | 100 | 4116 | 37.4 | 70 | 130 | 4187 | 0.804 | 25 | S |

Units: mg/L

**Qualifiers:**

ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits

S - Spike Recovery outside accepted recovery limits
R - RPD outside accepted recovery limits

B - Analyte detected in the associated Method

*Page 2 of 5*

000280
Pl. Appx. 000035

# ANALYTICAL QC SUMMARY REPORT

### TestCode: 300_w2

**CLIENT:** Railroad Commission of Texas - Abilene
**Work Order:** 1008199
**Project:**

**Sample ID: Blank**  **SampType: MBLK**  **TestCode: 300_w2**  **Units: mg/L**  **Prep Date:**  **Run ID: IC #1_100820A**
**Client ID: ZZZZZ**  **Batch ID: R26974**  **TestNo: E300**  **Analysis 8/20/2010**  **SeqNo: 331736**

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chloride | ND | 0.500 | | | | | | | | | |
| Sulfate | ND | 0.500 | | | | | | | | | |

**Sample ID: LCS**  **SampType: LCS**  **TestCode: 300_w2**  **Units: mg/L**  **Prep Date:**  **Run ID: IC #1_100820A**
**Client ID: ZZZZZ**  **Batch ID: R26974**  **TestNo: E300**  **Analysis 8/20/2010**  **SeqNo: 331737**

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chloride | 18.46 | 0.500 | 20 | 0 | 92.3 | 90 | 110 | 0 | 0 | | |
| Sulfate | 19.9 | 0.500 | 20 | 0 | 99.5 | 90 | 110 | 0 | 0 | | |

**Sample ID: 1008199-002ams**  **SampType: ms**  **TestCode: 300_w2**  **Units: mg/L**  **Prep Date:**  **Run ID: IC #1_100820A**
**Client ID: 5**  **Batch ID: R26974**  **TestNo: E300**  **Analysis 8/20/2010**  **SeqNo: 331734**

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chloride | 45.63 | 0.500 | 20 | 24.03 | 108 | 90 | 110 | 0 | 0 | | |
| Sulfate | 20.7 | 0.500 | 20 | 0.7496 | 99.8 | 90 | 110 | 0 | 0 | | |

**Sample ID: 1008199-002amsd**  **SampType: msd**  **TestCode: 300_w2**  **Units: mg/L**  **Prep Date:**  **Run ID: IC #1_100820A**
**Client ID: 5**  **Batch ID: R26974**  **TestNo: E300**  **Analysis 8/20/2010**  **SeqNo: 331735**

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD Ref Val | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chloride | 45.58 | 0.500 | 20 | 24.03 | 108 | 90 | 110 | 45.63 | 0.109 | 10 | |
| Sulfate | 20.88 | 0.500 | 20 | 0.7496 | 101 | 90 | 110 | 20.7 | 0.871 | 10 | |

**Qualifiers:**

ND - Not Detected at the Reporting Limit

J - Analyte detected below quantitation limits

S - Spike Recovery outside accepted recovery limits

R - RPD outside accepted recovery limits

B - Analyte detected in the associated Method

000281   Pl. Appx. 000036

# ANALYTICAL QC SUMMARY REPORT

**TestCode: 8260_W**

**CLIENT:** Railroad Commission of Texas - Abilene
**Work Order:** 1008199
**Project:**

Sample ID: blank   SampType: MBLK   TestCode: 8260_W   Prep Date:   Run ID: MS-VOA-1_1008I8A
Client ID: **ZZZZZ**   Batch ID: R26946   TestNo: SW8260B   Analysis 8/18/2010   SeqNo: 331409

| Analyte | Result | PQL | SPK value | SPK RefVal | Units: µg/L %REC | LowLimit | HighLimit | RPD RefVal | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzene | ND | 2.00 | | | | | | | | | |
| Ethylbenzene | ND | 2.00 | | | | | | | | | |
| m.p-Xylene | ND | 4.00 | | | | | | | | | |
| o-Xylene | ND | 2.00 | | | | | | | | | |
| Toluene | ND | 2.00 | | | | | | | | | |
| Surr: 1,2-Dichloroethane-d4 | 11.07 | 6.33 | 10 | 0 | 111 | 60 | 135 | 0 | | | |
| Surr: 4-Bromofluorobenzene | 9.91 | 7.40 | 10 | 0 | 99.1 | 69 | 130 | 0 | | | |
| Surr: Dibromofluoromethane | 11.5 | 3.41 | 10 | 0 | 115 | 62 | 135 | 0 | | | |
| Surr: Toluene-d8 | 10.43 | 3.90 | 10 | 0 | 104 | 62 | 135 | 0 | | | |

Sample ID: lcs   SampType: LCS   TestCode: 8260_W   Prep Date:   Run ID: MS-VOA-1_1008I8A
Client ID: **ZZZZZ**   Batch ID: R26946   TestNo: SW8260B   Analysis 8/18/2010   SeqNo: 331408

| Analyte | Result | PQL | SPK value | SPK RefVal | Units: µg/L %REC | LowLimit | HighLimit | RPD RefVal | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzene | 49.83 | 2.00 | 50 | 0 | 99.7 | 45 | 150 | 0 | | | |
| Ethylbenzene | 52.72 | 2.00 | 50 | 0 | 105 | 50 | 150 | 0 | | | |
| m.p-Xylene | 110.4 | 4.00 | 100 | 0 | 110 | 50 | 150 | 0 | | | |
| o-Xylene | 57.24 | 2.00 | 50 | 0 | 114 | 50 | 150 | 0 | | | |
| Toluene | 52.43 | 2.00 | 50 | 0 | 105 | 45 | 160 | 0 | | | |
| Surr: 1,2-Dichloroethane-d4 | 10.29 | 6.33 | 10 | 0 | 103 | 60 | 160 | 0 | | | |
| Surr: 4-Bromofluorobenzene | 9.69 | 7.40 | 10 | 0 | 96.9 | 69 | 130 | 0 | | | |
| Surr: Dibromofluoromethane | 8.22 | 3.41 | 10 | 0 | 82.2 | 62 | 130 | 0 | | | |
| Surr: Toluene-d8 | 9.47 | 3.90 | 10 | 0 | 94.7 | 62 | 135 | 0 | | | |

Sample ID: 1008187-001A   SampType: **MS**   TestCode: 8260_W   Prep Date:   Run ID: MS-VOA-1_1008I8A
Client ID: **ZZZZZ**   Batch ID: R26946   TestNo: SW8260B   Analysis 8/18/2010   SeqNo: 331411

| Analyte | Result | PQL | SPK value | SPK RefVal | Units: µg/L %REC | LowLimit | HighLimit | RPD RefVal | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzene | 51.23 | 2.00 | 50 | 0 | 102 | 45 | 150 | 0 | 0 | | |
| Ethylbenzene | 59.13 | 2.00 | 50 | 0 | 118 | 50 | 150 | 0 | 0 | | |
| m.p-Xylene | 119.9 | 4.00 | 100 | 0 | 120 | 50 | 150 | 0 | 0 | | |

**Qualifiers:**

ND - Not Detected at the Reporting Limit
J - Analyte detected below the quantitation limits
S - Spike Recovery outside accepted recovery limits
R - RPD outside accepted recovery limits
B - Analyte detected in the associated Method

11
000282
**Pl. Appx. 000037**

# ANALYTICAL QC SUMMARY REPORT

TestCode: 8260_W

**CLIENT:** Railroad Commission of Texas - Abilene
**Work Order:** 1008199
**Project:**

**Sample ID:** 1008187-001A  **SampType:** MS  **TestCode:** 8260_W  **Units:** ug/L  **Prep Date:**  **Run ID:** MS-VOA-1_1008i8A
**Client ID:** ZZZZZ  **Batch ID:** R26946  **TestNo:** SW8260B  **Analysis** 8/18/2010  **SeqNo:** 331411

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD RefVal | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| o-Xylene | 61.91 | 2.00 | 50 | 1.72 | 120 | 50 | 150 | 0 | 0 | 20 | |
| Toluene | 58.39 | 2.00 | 50 | 0 | 117 | 45 | 160 | 0 | 0 | 20 | |
| Surr: 1,2-Dichloroethane-d4 | 8.84 | 6.33 | 10 | 0 | 88.4 | 60 | 135 | 0 | 0 | 20 | |
| Surr: 4-Bromofluorobenzene | 9.3 | 7.40 | 10 | 0 | 93 | 69 | 130 | 0 | 0 | 20 | |
| Surr: Dibromofluoromethane | 8.49 | 3.41 | 10 | 0 | 84.9 | 62 | 130 | 0 | 0 | 20 | |
| Surr: Toluene-d8 | 10.06 | 3.90 | 10 | 0 | 101 | 62 | 135 | 0 | 0 | 20 | |

**Sample ID:** 1008187-001A  **SampType:** MSD  **TestCode:** 8260_W  **Units:** ug/L  **Prep Date:**  **Run ID:** MS-VOA-1_1008i8A
**Client ID:** ZZZZZ  **Batch ID:** R26946  **TestNo:** SW8260B  **Analysis** 8/18/2010  **SeqNo:** 331412

| Analyte | Result | PQL | SPK value | SPK Ref Val | %REC | LowLimit | HighLimit | RPD RefVal | %RPD | RPDLimit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzene | 56.79 | 2.00 | 50 | 0 | 114 | 45 | 150 | 51.23 | 10.3 | 20 | |
| Ethylbenzene | 62.41 | 2.00 | 50 | 0 | 125 | 50 | 150 | 59.13 | 5.40 | 20 | |
| m,p-Xylene | 131.6 | 4.00 | 100 | 0 | 132 | 50 | 150 | 119.9 | 9.31 | 20 | |
| o-Xylene | 66.49 | 2.00 | 50 | 1.72 | 130 | 50 | 150 | 61.91 | 7.13 | 20 | |
| Toluene | 63.7 | 2.00 | 50 | 1.72 | 127 | 45 | 160 | 58.39 | 8.70 | 20 | |
| Surr: 1,2-Dichloroethane-d4 | 11.07 | 6.33 | 10 | 0 | 111 | 60 | 135 | 0 | 0 | 20 | |
| Surr: 4-Bromofluorobenzene | 9.61 | 7.40 | 10 | 0 | 96.1 | 69 | 135 | 0 | 0 | 20 | |
| Surr: Dibromofluoromethane | 7.62 | 3.41 | 10 | 0 | 76.2 | 62 | 130 | 0 | 0 | 20 | |
| Surr: Toluene-d8 | 10.52 | 3.90 | 10 | 0 | 105 | 62 | 135 | 0 | 0 | 20 | |

**Qualifiers:**

ND - Not Detected at the Reporting Limit
J - Analyte detected below quantitation limits
S - Spike Recovery outside accepted recovery limits
R - RPD outside accepted recovery limits
B - Analyte detected in the associated Method

*Page 5 of 5*

1 2

000283

Pl. Appx. 000038

Anacon, Inc.
730 FM 1959
Houston, TX 77034

## QA/QC REPORT - LCS

Sample ID:           LCS                              Matrix:        Aqueous Liquid
Anacon Number:       1008120, 121, 122, 160, 161, 199    Units          mg/L

| Analyte / Method Number | Blk. Value | Spike Conc. | LCS Conc. | % Recovery | Recovery Limits |
|---|---|---|---|---|---|
| Alkalinity - 2320B | <2.00 | 100.0 | 97.9 | 98 | 80-120 |

### LCS Advisory Limits
RPD:                            0 out of 1 outside of QC limits

*Matrix interference
**Sample too concentrated to spike

QA/QC Manager _____

000284
Pl. Appx. 000039

Anacon, Inc.
730 FM 1959
Houston, TX 77034

## QA/QC REPORT - MS/MSD

Sample ID:     **MS/MSD**                         **Matrix:**     Aqueous Liquid
Anacon Number:  **1008120, 121, 122, 160, 161, 199**     **Units**         mg/L

| Analyte/Method Number | Blank | Sample | Spike Level | MS | % REC | MSD | % REC | RPD | QC LIMITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | RPD | % REC |
| | | | | | | | | | | |
| Alkalinity - 2320B | < 2.00 | 2 | 100.0 | 98 | 96 | 98 | 96 | 0.00 | 10 | 80-120 |

**MS/MSD Advisory Limits**

RPD:     0    out of 1 outside of QC limits
REC:     0    out of 2 oustide of QC limits

\* Matrix Interference
\*\* Sample too concentrated to spike

QA/QC Manager  _M. Kret_

Anacon, Inc.
730 FM 1959
Houston, TX  77034

## QA/QC REPORT - LCS

| Sample ID: | LCS | | | Matrix: | Aqueous Liquid |
| Anacon Number: | 8211, 92, 93, 99 | | | Units | mg/L |

| Analyte / Method Number | Blk Value | Spike Conc. | LCS Conc. | % Recovery | Recovery Limits |
|---|---|---|---|---|---|
| TPH-GRO - 1005 | <5.0 | 50 | 55 | 110 | 75-125 |
| TPH-DRO - 1005 | <5.0 | 50 | 57 | 114 | 75-125 |

### LCS Advisory Limits

RPD:                     0 out of 2 outside of QC limits

*Matrix interference
**Sample too concentrated to spike

QA/QC Manager _____ Mast _____

15

Anacon, Inc.
730 FM 1959
Houston, TX 77034

### QA/QC REPORT - MS/MSD

| Sample ID: | MS/MSD | | Matrix: | Aqueous Liquid |
| Anacon Number: | 8211, 92, 93, 99 | | Units | mg/L |

| Analyte/Method Number | DL | Sample | Spike Level | MS | % REC | | MSD | % REC | | RPD | QC LIMITS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | RPD | % REC |
| | | | | | | | | | | | | |
| TPH-GRO - 1005 | <5 | < 5 | 50 | 55 | 110 | | 57 | 114 | | 3.6 | 20 | 75-125 |
| TPH-DRO - 1005 | <5 | < 5 | 50 | 58 | 116 | | 62 | 124 | | 6.7 | 20 | 75-125 |

*Matrix Interference
**Sample too Concentrated for spiked amount

**MS/MSD Advisory Limits**

| RPD: | 0 | out of 2 outside of QC limits |
| REC: | 0 | out of 4 oustide of QC limits |

* Matrix Interference
** Sample too concentrated to spike

QA/QC Manager _M. Kuest_

16
000287

Pl. Appx. 000042

## STAR DIAGRAM FROM WATER QUALITY ANALYSIS
## OF EACH SAMPLE INDICATED

Distances along each axis shows concentration of each (in milliequivalents per liter) expressed as a % of the total concentration of disolved solids.



51.5  Na + K          Ca + Mg  0.5

PH: 8.83

TDS: 646

44.6 HCO₃          Cl  3.1

SO₄ -0

Well No. Lipsky Water Well



Na + K          Ca + Mg

PH:

TDS:

HCO₃          Cl

SO₄

Well No. _____



Na + K          Ca + Mg

PH:

TDS:

HCO₃          Cl

SO₄

Well No. _____



Na + K          Ca + Mg

PH:

TDS:

HCO₃          Cl

SO₄

Well No. _____

Na + K          Ca + Mg

PH:

TDS:

HCO₃          Cl

SO₄

Well No. _____

SCALE:

0%          50%

000288

Pl. Appx. 000043

Lipsky, Steve Complaint No. 7B-9601
Lipsky Property Water Well
Parker County, Texas
Job No. 10-8443

```
Sodium (Na) in Mg/L    ? 250
Potassium (K) in Mg/L  ? 1.04
Calcium (Ca) in Mg/L   ? 1.32
Magnesium (Mg) in Mg/L ? .531

Chloride (Cl) in Mg/l    ? 24
Sulfate (SO4) in Mg/l    ? .75
Bicarbonate (HCO3) in Mg/L ? 577
Carbonate (CO3) in Mg/L   ? 0

TOTAL DISSOLVED SOLIDS (TDS) IN Mg/L ? 646
Ph OF WATER SAMPLE ? 8.83_
```

```
  CONSTITUENTS        Mg/L      Meq/L     % IONS      % TDS
Sodium (Na)          249.9     10.8       99          51.5
Potassium (K)        1         0          --- (Na + K) ---
Calcium (Ca)         1.3       0          .5          .5
Magnesium (Mg)       .5        0          .3          (CA + MG)
   Total CATIONS (Meq/l):     11.01114
Chloride (Cl)        23.9      .6         6.6         3.1
Sulfate (SO4)        .7        0          .1          0
Bicarbonate (HCO3)   576.9     9.400001   93.1        44.6
Carbonate (CO3)      0         0          --- (HCO3 + CO3) ---
   Total ANIONS (Meq/l):      10.14972
------------------ REPRESENTATIVE VALUES ----------------
HARDNESS:      5        SODIUM ADSORPTION RATIO:    46
SAMPLE Ph:     8.83     TOTAL DISSOLVED SOLIDS:     646
STAR DIAGRAM:  55 %     WATER TYPE:     SODIUM-BICARBONATE
------- APPROXIMATE LIKELIHOOD OF BRINE CONTAMINATION -------
  TRILINEAR DIAGRAM:            VERY UNLIKELY
  STAR DIAGRAM:                 VERY UNLIKELY
  CHLORIDE/SODIUM RATIO:        VERY UNLIKELY
  CHLORIDE/SULFATE RATIO:       POSSIBLE AND LIKELY
  CHLORIDE CONCENTRATION:       VERY UNLIKELY
```

```
------------------- IONIC RATIOS -------------------
  RATIO:               MG/L BASIS:        MEQ/L BASIS:
  CHLORIDE/SODIUM        .09                .06
  CHLORIDE/SULFATE       32                 43.33
  CHLORIDE/CALCIUM       18.18              10.27
  CHLORIDE/MAGNESIUM     45.19              15.49
  CALCIUM/MAGNESIUM      2.48               1.5
```

```
------------- PROBABLE MINERAL COMPOSITION -------------
  .5 %        3.2 MG/L       CALCIUM BICARBONATE
  84.8 %      496.3 MG/L     SODIUM BICARBONATE
  .3 %        1.8 MG/L       MAGNESIUM BICARBONATE
  6.1 %       39.5 MG/L      SODIUM CHLORIDE
  .1 %        1 MG/L         SODIUM SULFATE
       -8.48 %      ION CHARGE IMBALANCE
```



Native Ground Water
Well HA-19-21-902
Depth: 683ft.(208m)
Aquifer: Antlers

Apparently Contaminated Water
Well TR-19-13-701
Depth: 324ft.(99m)
Aquifer: Antlers

Native Ground Water
Well HR-33-27-202
Depth: 3,669ft.(1,118m)
Aquifer: Twin Mountains

Native Ground Water
Well LY-32-34-602
Depth: 225ft.(69m)
Aquifer: Twin Mountains

Native Ground Water
Well PH-17-41-902
Depth: 580ft.(177m)
Aquifer: Nacatoch Sand

Illinois-Bend Field
Brine produced from Pennsylvanian
Montague County

Native Ground Water
Well RT-17-21-710
Depth: 168ft.(51m)
Aquifer: Blossom Sand

Native Ground Water
Well WB-17-22-902
Depth: 2,025ft.(617m)
Aquifer: Paluxy

Native Ground Water
Well UP-32-11-801
Depth: 231ft.(70m)
Aquifer: Paluxy

Native Ground Water
Well HW-18-33-809
Depth: 280ft.(85m)
Aquifer: Woodbine

Native Ground Water
Well JS-18-32-501
Depth: 1,660ft.(506m)
Aquifer: Woodbine

Distance along each axis shows concentration
of ions (in milliequivalents per liter)
expressed as a percentage of the total
concentration of dissolved solids

Figure 5

Diagrams of Chemical Analyses of
Ground Water and a Typical Oil-Field Brine

000290
Pl. Appx. 000045



EXPLANATION

Public supply well

Industrial well

Irrigation well

Domestic or livestock well

Oil or gas well

Test hole

Unused or abandoned well

Solid circle indicates flowing well
Line above well number indicates
chemical analysis given in Table 4

Location of Selected Water, Oil, and
Gas Wells in Parker County

000291

Pl. Appx. 000046

PARKER COUNTY

Table 4.--Chemical Analyses of Water from Selected Wells--Continued

| Well | Aquifer | Depth of well or sampled interval (ft) | Date of collection | Silica (SiO2) | Iron (Fe) | Calcium (Ca) | Magnesium (Mg) | Sodium (Na) | Potassium (K) | Bicarbonate (HCO3) | Sulfate (SO4) | Chloride (Cl) | Fluoride (F) | Nitrate (NO3) | Boron (B) | Dissolved solids | Total hardness as CaCO3 | Specific conductance (micromhos at 25°C) | pH | Percent sodium | Sodium adsorption ratio (SAR) | Residual sodium carbonate (RSC) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UT-32-20-407 | Kcpa | 240 | Nov. 30, 1976 | -- | -- | 113 | 4 | 9 | -- | 301 | 40 | 16 | 0.3 | 7.0 | -- | 337 | 297 | 675 | 7.0 | 6 | 0.2 | 0.0 |
| 408 | Kcpa | 158 | Mar. 7, 1950 | 10 | 10.0 | 101 | 7 | 9 | -- | 333 | 14 | 10 | .2 | .0 | -- | 324 | 282 | 545 | 7.1 | 6 | .2 | .5 |
| 801 | Kcpa | 168 | Mar. 6, 1950 | 16 | -- | 56 | 21 | 41 | -- | 297 | 46 | 14 | .1 | 5.5 | -- | 365 | 228 | 596 | 7.3 | 28 | 1.1 | .5 |
| 801 | Kcpa | 168 | Mar. 22, 1978 | 24 | .1 | 53 | 20 | 41 | -- | 297 | 45 | 13 | .2 | 5.3 | -- | 338 | 216 | 564 | 7.7 | 29 | 1.2 | .5 |
| 23-101 | Kcte | 90 | Feb. 17, 1975 | 28 | .1 | 96 | 14 | 34 | 2.0 | 210 | 76 | 73 | .2 | 34.0 | 0.1 | 456 | 299 | 700 | 7.2 | 20 | .8 | .0 |
| 201 | Kcte | 100 | Feb. 23, 1950 | 19 | .8 | 47 | 9 | 61 | -- | 279 | 29 | 18 | -- | 13.0 | -- | 344 | 162 | 531 | 8.2 | 45 | 2.0 | .0 |
| 301 | Qal | 70 | do | 17 | .1 | 51 | 36 | 29 | -- | 352 | 28 | 18 | .8 | 3.8 | .4 | 351 | 275 | 606 | 7.7 | 19 | .3 | .2 |
| 302 | Qal | 52 | Feb. 4, 1975 | 16 | .0 | 176 | 45 | 112 | 3.0 | 437 | 212 | 205 | .5 | <.4 | -- | 986 | 630 | 1,510 | 7.8 | 28 | 1.9 | .0 |
| 28-101 | Kcte | 200 | Feb. 28, 1950 | 16 | -- | 101 | 13 | 13 | -- | 355 | 27 | 10 | -- | <.4 | -- | 355 | 309 | 590 | 7.8 | 8 | .3 | .0 |
| 201 | Kcpa | 123 | Mar. 31, 1975 | -- | .4 | 21 | 10 | 120 | -- | 375 | 30 | 8 | 3.2 | <.4 | -- | 336 | 92 | 630 | 8.3 | 72 | 5.3 | .7 |
| 503 | Kcte | 200 | do | -- | -- | 39 | 30 | 58 | -- | 380 | <.4 | 28 | .7 | .0 | -- | 340 | 202 | 600 | 7.2 | 36 | 1.8 | .3 |
| 50c | Kctm | 172 | Mar. 22, 1978 | -- | -- | 42 | 18 | 66 | -- | 340 | 22 | 28 | .4 | <.4 | -- | 333 | 178 | 510 | 7.8 | 44 | 2.1 | 1.5 |
| 601 | Kctm | 310 | June 30, 1971 | 17 | 20 | 67 | 71 | 70 | -- | 590 | 86 | 40 | .2 | 4.7 | -- | 632 | 459 | 980 | 8.0 | 25 | 1.4 | .0 |
| 27-601 | Kcpa | 50 | Aug. 3, 1976 | 19 | 2.0 | 96 | 3 | 22 | -- | 282 | 16 | 15 | .7 | 1.2 | -- | 339 | 282 | 577 | 7.8 | 16 | 1.1 | .3 |
| 28-206 | Kcpa | 200 | Mar. 6, 1950 | 18 | -- | 58 | 5 | 41 | -- | 300 | 46 | 6 | .3 | 1.2 | -- | 349 | 226 | 580 | 8.0 | 28 | 1.4 | .3 |
| 401 | Kcpa | 200 | Mar. 22, 1978 | 18 | -- | 60 | 15 | 32 | -- | 293 | 27 | 8 | .3 | <.4 | -- | 305 | 212 | 510 | 7.8 | 25 | .9 | .9 |

000282   Pl. Appx. 000047

VICTOR G. CARRILLO, CHAIRMAN
ELIZABETH A. JONES, COMMISSIONER
MICHAEL L. WILLIAMS, COMMISSIONER



RAMON FERNANDEZ JR., P.E.
DEPUTY DIRECTOR, OIL AND GAS DIVISION
D. W. -JOE- CRESS
DISTRICT DIRECTOR

# RAILROAD COMMISSION OF TEXAS

## OIL AND GAS DIVISION

November 5, 2010

Unidentified

### STATUS REPORT

**Lipsky, Steve Complaint No. 7B-9601**
Lipsky Property
Domestic Water Well
Parker County, Texas
Job No. 10-8443

Steve Lipsky's concern was natural gas in a water well. On October 14, 2010, a joint inspection of the Range Production Company, Butler Unit, Well No. 1H was conducted by Bubba Jonas, Richard Cortinas and Bobby Foust. On October 26, 2010, a joint inspection of the Lipsky water well and the neighboring Haley property water well was conducted by Bubba Jonas, Olin Macnamara, Steve Lipsky, Shyla Lipsky, Carl Willis, Chris Lister, Rick Haley and Sean Baker. On October 26, 2010, a joint inspection of the Range Production Company, Butler Unit, Well No. 1H and Teal Unit, Well No. 1H was conducted by Bubba Jonas, Olin Macnamara, Les Sahr, Sean Baker, Carl Willis and Chris Lister. During the inspections, the following were observed:

Oct. 14, 2010   Range Production Company conducted a production casing integrity test on the Butler Unit Lease (253732) Well No. 1H. The top of cement on the production casing is at 4,600 feet. A packer was set at 4,837 feet. The production casing held 845 psig for 30 minutes with 540 psig on the tubing. The bradenhead had 28 psig that remained consistent for the duration of the test. The Butler Unit, Well No. 1 was returned to production following the casing integrity test.

Oct. 26, 2010   Water and gas samples from the Lipsky property water well were collected by Carl Willis and Chris Lister from the Environmental Protection Agency for analysis. Sean Baker with Texas Fabco sampled gas from the Lipsky water well for analysis.

The Rick Haley property water well, adjoining the Lipsky property to the north, was inspected. The Haley water well is located at 175 Old Ranch Court (GPS coordinates N32.56505 W97.79401). The Haley water well was drilled in 2002, by Peck's Water Well Service. The well has a cement enclosure and lid. The water well is equipped with a down hole pump that supplies water to a treatment system inside a building behind the residence. The water treatment system consists of an ozonator, pressure and storage tanks, and a transfer pump that supplies water to the residence. Carl Willis and Chris Lister from the Environmental Protection Agency collected water samples for analysis from the water storage tank. A slight sulphur odor was noted in the water. Personnel monitors worn at the time of sampling did not register the presence of hydrogen sulfide gas.

Carl Willis and Chris Lister from the Environmental Protection Agency collected water and gas samples for analysis from the tubing string of the Range Production Company, Butler Unit, Well No. 1H. Sean Baker, Texas Fabco, collected gas samples from the tubing and bradenhead on the Butler Unit Well No. 1H.

Sean Baker collected gas samples from the production tubing of the Teal Unit, Well No. 1H and from the common injection flow line supplying gas to the lift system for both the Teal Unit and Butler Unit wells.

At the time of inspection, the Butler Unit, Well No. 1H was producing with 140 psig on the tubing, 680 psig on the casing and 32 psig on the bradenhead. The bradenhead valve was opened and the pressure was 0 psig within 10 seconds.

Range Resources Corp.
Docket: SDWA-06-2011-1208

000293

Administrative Record PL. APPX. 000048

Page 2
Lipsky, Steve Complaint 7B-9601
Unidentified
Lipsky Property
Parker County, Texas
November 5, 2010

**File review is scheduled for the week of December 6, 2010.** Monthly inspections are scheduled to monitor the status of the Lipsky water well. Upon receipt and review of the analytical results further Commission action may be taken. **Please direct any questions with regard to this complaint to Doug Allmand at (325) 677-3545.**

Sincerely,

Doug Allmand
Engineering Specialist

DA/mm

☑ Assistant District Director
☐ District Director

cc:   Field Operations, RRC, Austin

Steve Lipsky
127 River Oak Court
Weatherford, TX 76087

Sid Slocum, Water Section Manager
Texas Commission on Environmental Quality
2309 Gravel Drive
Fort Worth, TX 76118

Ron VanWyk, Water Enforcement Branch
Environmental Protection Agency
1445 Ross Avenue
Dallas, TX 75202

Range Production Company (691703)
100 Throckmorton St Ste 1200
Fort Worth, TX 76102

Rick Haley
175 Old Ranch Court
Weatherford, TX 76087

## STATE OF TEXAS WELL REPORT for Tracking #108518

| | | | |
|---|---|---|---|
| Owner: | **Steve Lipiske** | Owner Well #: | **No Data** |
| Address: | **Silverado Addition**<br>**Weatherford , TX 76086** | Grid #: | **32-26-6** |
| Well Location: | **Silverado Addition**<br>**Weatherford , TX 76086** | Latitude: | **32° 33' 43" N** |
| Well County: | **Parker** | Longitude: | **097° 46' 48" W** |
| Elevation: | **No Data** | GPS Brand Used: | **map** |
| Type of Work: | **New Well** | Proposed Use: | **Domestic** |

| | |
|---|---|
| Drilling Date: | Started: **4/11/2005**<br>Completed: **4/11/2005** |
| Diameter of Hole: | Diameter: **7 in From Surface To 200 ft** |
| Drilling Method: | **Air Rotary** |
| Borehole Completion: | Gravel Packed From: **60 ft to 200 ft**<br>Gravel Pack Size: |
| Annular Seal Data: | 1st Interval: **From 0 ft to 60 ft with 3 (#sacks and material)**<br>2nd Interval: **No Data**<br>3rd Interval: **No Data**<br>Method Used: **Grout**<br>Cemented By: **Larry Peck**<br>Distance to Septic Field or other Concentrated Contamination: **150 ft**<br>Distance to Property Line: **No Data**<br>Method of Verification: **Tape**<br>Approved by Variance: **No Data** |
| Surface Completion: | **Alternative Procedure Used** |
| Water Level: | Static level: **65 ft. below land surface on 4/11/2005**<br>Artesian flow: **No Data** |
| Packers: | **No Data** |
| Plugging Info: | Casing or Cement/Bentonite left in well: **No Data** |
| Type Of Pump: | **Submersible**<br>Depth to pump bowl: **180 ft** |
| Well Tests: | **Bailer**<br>Yield: **18 GPM with 90 ft drawdown after 3 hours** |
| Water Quality: | Type of Water: **Good**<br>Depth of Strata: **No Data**<br>Chemical Analysis Made: **No**<br>Did the driller knowingly penetrate any strata which contained undesirable constituents: **No** |
| Certification Data: | The driller certified that the driller drilled this well (or the well was drilled under the driller's direct supervision) and that each and all of the statements herein are true and correct. The driller understood that failure to complete the required items will result in the log(s) being returned for completion and resubmittal. |

000437

| Company Information: | **Peck's Water Well Service, Inc.**<br>**2650 White Settlement Road**<br>**Weatherford , TX  76087** |
|---|---|
| Driller License Number: | **1598** |
| Licensed Well Driller Signature: | **Larry Peck** |
| Registered Driller Apprentice Signature: | **No Data** |
| Apprentice Registration Number: | **No Data** |
| Comments: | **$dfs**<br>**Surface Completion: Steel Sleeve**<br>**This well is located near the Parker/Hood County Line.** |

**IMPORTANT NOTICE FOR PERSONS HAVING WELLS DRILLED CONCERNING CONFIDENTIALITY**

TEX. OCC. CODE Title 12, Chapter 1901.251, authorizes the owner (owner or the person for whom the well was drilled) to keep information in Well Reports confidential. The Department shall hold the contents of the well log confidential and not a matter of public record if it receives, by certified mail, a written request to do so from the owner.

Please include the report's Tracking number (Tracking #108518) on your written request.

**Texas Department of Licensing & Regulation**
**P.O. Box 12157**
**Austin, TX 78711**
**(512) 463-7880**

## DESC. & COLOR OF FORMATION MATERIAL

From (ft) To (ft)   Description
**0-3 Top Soil**
**3-18 Clay Gravel Sand Layers**
**18-35 Yellow Clay Sand**
**35-60 Green Shale with Rock**
**60-90 Shale with Sand**
**90-140 Green Shale Gravel Sand Layers**
**140-145 Red Bed**
**145-190 Green Shale with Sand Layers**
**190-200 Red Bed**

## CASING, BLANK PIPE & WELL SCREEN DATA

Dia.  New/Used   Type   Setting From/To
**4 New Plastic 0 180**
**4 New Plastic,Slotted 180 200 .020**

000438

*Rick Hayley*
*32.56505 -97.79041*

| ATTENTION OWNER: Confidentiality | STATE OF TEXAS |
|---|---|
| Privilege Notice on Reverse Side | WATER WELL REPORT |

1) OWNER: GODFREY, RODNEY    ADDRESS: 175 OLD RANCH CT.    CITY: WEATHERFORD    STATE: TX  ZIP:  -

DRESS OF WELL:
unty: PARKER         GRID # 32-26-6
Street or RFD: SAME
City, State, Zip code: SAME        , TX

5)

3) TYPE OF WORK: NEW WELL

4) PROPOSED USE: DOMESTIC
   If Public Supply well, were plans submitted to the TNRCC?

| 6) WELL LOG: 09254 | DIAMETER OF HOLE | | | 7) DRILLING METHOD: | 8) BOREHOLE COMPLETION: |
|---|---|---|---|---|---|
| | DIAMETER | FROM | TO | | |
| DATE DRILLING: | 7 | 0 | 220 | AIR ROTARY | GRAVEL PACKED |
| STARTED: 08/04/02 | | | | | IF GRAVEL... FROM 100 FT. TO 220 FT. |
| COMPLETED: 08/04/02 | | | | | FROM  FT. TO  FT. |

CASING, BLANK PIPE, AND WELL SCREEN DATA:

| DIA | NEW/USED | DESCRIPTION | FROM | TO | GAGE CASING SCREEN |
|---|---|---|---|---|---|
| 4 | N | PLASTIC | 0 | 200 | |
| 4 | N | PLASTIC,SLOTTED | 200 | 220 | .020 |

GEOLOGICAL DESCRIPTION:

| FROM | TO | DESCRIPTION |
|---|---|---|
| 0 | 16 | TOP SOIL AND ROCK |
| 16 | 35 | GRAY SHALE AND ROCK |
| 35 | 85 | YELLOW CLAY ROCK |
| 85 | 125 | YELLOW GRAY SHALE ROCK |
| 125 | 160 | SHALE COAL SAND LAYERS |
| 160 | 195 | GREEN SHALE GRAVEL SAND LAYERS |
| 195 | 200 | RED BED |
| 200 | 210 | GREEN SHALE AND SAND LAYERS |
| 210 | 220 | RED BED |

9) CEMENTING DATA:
   Cemented from          No. of Sacks Used
   0  FT. TO 100 FT.              3
      FT. TO    FT.
   Method used: GROUT
   Cemented by: LARRY PECK
   Distance to septic field lines:    ft.
   Method of verification of above distance:
   *No Septic when drilled*

10) SURFACE COMPLETION:
   APP. ALTER. PROCD. *Steel Sleeve*

11) WATER LEVEL:
   STATIC LEVEL : 115 FT.    DATE: 08/04/02
   ARTESIAN FLOW:    GPM. DATE:

12) PACKERS:    TYPE           DEPTH
   ------------------  ----
   ------------------  ----
   ------------------  ----

13) TYPE PUMP:
   SUBMERSIBLE
   DEPTH TO PUMP: 200

14) WELL TEST:
   BAILER
   YIELD: 12 GPM WITH *60* FT DRAWDOWN AFTER *3* HRS

15) WATER QUALITY:
   TYPE OF WATER: GOOD          DEPTH OF STRATA:              NO CHEMICAL ANALYSIS MADE
   NO STRATA OF UNDESIRABLE WATER PENETRATED

COMPANY NAME: PECK'S WELL SERVICE INC.    WATER WELL DRILLER'S LICENSE NO.: 1598WPL
ADDRESS: 2650 WHITE SETTLEMENT RD.  CITY: WEATHERFORD    STATE: TX  ZIP CODE: 76087

FOR TWC USE ONLY
WELL NO. _____
LOCATED ON MAP _____

I HEREBY CERTIFY THAT THIS WELL WAS DRILLED BY ME (OR UNDER MY SUPERVISION) AND THAT EACH AND ALL OF THE STATEMENTS HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.  I UNDERSTAND THAT FAILURE TO COMPLETE ITEMS 1 THRU 15 WILL RESULT IN THE LOG(S) BEING RETURNED FOR COMPLETION AND RESUBMITTAL.

(signed) *Larry Peck*                    (signed) _____
        (LICENSED WATER WELL DRILLER)              (REGISTERED DRILLER TRAINEE)

RECEIVED
TDLR MAIL ROOM
SEP 1 3 2002
RECEIPT #    AMOUNT

000439

Pl. Appx. 000052

## STATE OF TEXAS WELL REPORT for Tracking #226387

| | | | |
|---|---|---|---|
| Owner: | **Steve Hurst** | Owner Well #: | **Well Log 09541** |
| Address: | **Cactus Rio** **Weatherford , TX  76086** | Grid #: | **32-26-5** |
| Well Location: | **Cactus Rio** **Weatherford , TX  76086** | Latitude: | **32° 33' 49" N** |
| Well County: | **Parker** | Longitude: | **097° 47' 38" W** |
| Elevation: | **No Data** | GPS Brand Used: | **Map - address** |
| Type of Work: | **New Well** | Proposed Use: | **Domestic** |

| | |
|---|---|
| Drilling Date: | Started: **10/15/2005** Completed: **10/15/2005** |
| Diameter of Hole: | Diameter: **7 in From Surface To 180 ft** |
| Drilling Method: | **Air Rotary** |
| Borehole Completion: | Gravel Packed From: **50 ft to 180 ft** Gravel Pack Size: |
| Annular Seal Data: | 1st Interval: **From 0 ft to 50 ft with 3 (#sacks and material)** 2nd Interval: **No Data** 3rd Interval: **No Data** Method Used: **Grout** Cemented By: **Larry Peck** Distance to Septic Field or other Concentrated Contamination: **No Data** Distance to Property Line: **No Data** Method of Verification: **no septic when drilled** Approved by Variance: **No Data** |
| Surface Completion: | **Alternative Procedure Used** |
| Water Level: | Static level: **75 ft. below land surface on 10/15/2005** Artesian flow: **No Data** |
| Packers: | **No Data** |
| Plugging Info: | Casing or Cement/Bentonite left in well: **No Data** |
| Type Of Pump: | **Submersible** Depth to pump bowl: **160 ft** |
| Well Tests: | **Bailer** Yield: **10 GPM with 60 ft drawdown after 2 hours** |
| Water Quality: | Type of Water: **Good** Depth of Strata: **No Data** Chemical Analysis Made: **No** Did the driller knowingly penetrate any strata which contained undesirable constituents: **No** |
| Certification Data: | The driller certified that the driller drilled this well (or the well was drilled under the driller's direct supervision) and that each and all of the statements herein are true and correct.  The driller understood that failure to complete the required items will result in the log(s) being returned for completion and resubmittal. |

000443

| | |
|---|---|
| Company Information: | **Peck's Well Service Inc.**<br>**2650 White Settlement Rd.**<br>**Weatherford , TX 76087** |
| Driller License Number: | **1598** |
| Licensed Well Driller Signature: | **Larry A. Peck** |
| Registered Driller Apprentice Signature: | **No Data** |
| Apprentice Registration Number: | **No Data** |
| Comments: | **Surface Completion: Steel Sleeve**<br>**Well has natural gas coming into well**<br>**at intermitting times.**<br>**$mew** |

**IMPORTANT NOTICE FOR PERSONS HAVING WELLS DRILLED CONCERNING CONFIDENTIALITY**

TEX. OCC. CODE Title 12, Chapter 1901.251, authorizes the owner (owner or the person for whom the well was drilled) to keep information in Well Reports confidential. The Department shall hold the contents of the well log confidential and not a matter of public record if it receives, by certified mail, a written request to do so from the owner.

Please include the report's Tracking number (Tracking #226387) on your written request.

**Texas Department of Licensing & Regulation**
**P.O. Box 12157**
**Austin, TX 78711**
**(512) 463-7880**

| DESC. & COLOR OF FORMATION MATERIAL | CASING, BLANK PIPE & WELL SCREEN DATA |
|---|---|
| From (ft) To (ft)  Description | Dia.  New/Used    Type       Setting From/To |
| 0 - 20 Red Yellow Clay | 4 New Plastic 0 - 160 |
| 20 - 25 Green Clay Sand Layers | 4 New Plastic, Slotted 160 - 180 .020 |
| 25 - 55 Green Clay Rock | |
| 55 - 70 Green Shale with Sand Layers | |
| 70 - 140 Red Bed | |
| 140 - 145 Green Shale Gravel Sand Layers | |
| 145 - 160 Green Shale with Sandstone | |
| 160 - 180 Red Bed Yellow Clay | |

000444

11/18/2010

Pl. Appx. 000054

## STATE OF TEXAS WELL REPORT for Tracking #226388

| | | | |
|---|---|---|---|
| Owner: | **Steve Hurst** | Owner Well #: | **Well Log 09542** |
| Address: | **Cactus Rio Ct.**<br>**Weatherford , TX  76086** | Grid #: | **32-26-5** |
| Well Location: | **Cactus Rio Ct.**<br>**Weatherford , TX  76086** | Latitude: | **32° 33' 50" N** |
| Well County: | **Parker** | Longitude: | **097° 47' 41" W** |
| Elevation: | **No Data** | GPS Brand Used: | **Map - address** |
| Type of Work: | **New Well** | Proposed Use: | **Domestic** |

| | |
|---|---|
| Drilling Date: | Started: **10/17/2005**<br>Completed: **10/17/2005** |
| Diameter of Hole: | Diameter: **7 in From Surface To 120 ft** |
| Drilling Method: | **Air Rotary** |
| Borehole Completion: | Gravel Packed From: **40 ft to 120 ft**<br>Gravel Pack Size: |
| Annular Seal Data: | 1st Interval: **From 0 ft to 40 ft with 3 (#sacks and material)**<br>2nd Interval: **No Data**<br>3rd Interval: **No Data**<br>Method Used: **Grout**<br>Cemented By: **Larry Peck**<br>Distance to Septic Field or other Concentrated Contamination: **100 ft**<br>Distance to Property Line: **No Data**<br>Method of Verification: **Taped**<br>Approved by Variance: **No Data** |
| Surface Completion: | **Alternative Procedure Used** |
| Water Level: | Static level: **50 ft. below land surface on 10/17/2005**<br>Artesian flow: **No Data** |
| Packers: | **No Data** |
| Plugging Info: | Casing or Cement/Bentonite left in well: **No Data** |
| Type Of Pump: | **Submersible**<br>Depth to pump bowl: **100 ft** |
| Well Tests: | **Bailer**<br>Yield: **10 GPM with 60 ft drawdown after 2 hours** |
| Water Quality: | Type of Water: **Good**<br>Depth of Strata: **No Data**<br>Chemical Analysis Made: **No**<br>Did the driller knowingly penetrate any strata which contained undesirable constituents: **No** |
| Certification Data: | The driller certified that the driller drilled this well (or the well was drilled under the driller's direct supervision) and that each and all of the statements herein are true and correct.  The driller understood that failure to complete the required items will result in the log(s) being returned for completion and resubmittal. |

000445

| Company Information: | Peck's Well Service Inc. 2650 White Settlement Rd. Weatherford , TX 76087 |
|---|---|
| Driller License Number: | 1598 |
| Licensed Well Driller Signature: | Larry A. Peck |
| Registered Driller Apprentice Signature: | No Data |
| Apprentice Registration Number: | No Data |
| Comments: | Surface Completion: Steel Sleeve $mew |

**IMPORTANT NOTICE FOR PERSONS HAVING WELLS DRILLED CONCERNING CONFIDENTIALITY**

TEX. OCC. CODE Title 12, Chapter 1901.251, authorizes the owner (owner or the person for whom the well was drilled) to keep information in Well Reports confidential. The Department shall hold the contents of the well log confidential and not a matter of public record if it receives, by certified mail, a written request to do so from the owner.

Please include the report's Tracking number (Tracking #226388) on your written request.

**Texas Department of Licensing & Regulation**
P.O. Box 12157
Austin, TX 78711
(512) 463-7880

## DESC. & COLOR OF FORMATION MATERIAL

From (ft) To (ft)   Description
0 - 20 Yellow Green Clay
20 - 30 Red Sand Clay
30 - 50 Green Shale and Rock
50 - 65 Green Shale with Sand Layers
65 - 66 Red Bed
66 - 80 Green Shale and Sand
80 - 110 Green and Gravel
110 - 120 Red Bed

## CASING, BLANK PIPE & WELL SCREEN DATA

Dia.  New/Used      Type           Setting From/To
4 New Plastic 0 - 100
4 New Plastic, Slotted 100 - 120 .020

000446

## STATE OF TEXAS WELL REPORT for Tracking #167075

| | | | |
|---|---|---|---|
| Owner: | **STEVE HURST** | Owner Well #: | **No Data** |
| Address: | **2411 CACTUS RIO LN.** **WEATHERFORD , TX  76087** | Grid #: | **32-26-5** |
| Well Location: | **No Data** | Latitude: | **32° 33' 44" N** |
| Well County: | **Parker** | Longitude: | **097° 47' 45" W** |
| Elevation: | **No Data** | GPS Brand Used: | **GARMIN** |
| Type of Work: | **New Well** | Proposed Use: | **Domestic** |

| | |
|---|---|
| Drilling Date: | Started: **1/22/2009** Completed: **1/22/2009** |
| Diameter of Hole: | **Diameter: 7-7/8 in From Surface To 120 ft** |
| Drilling Method: | **Air Rotary** |
| Borehole Completion: | Gravel Packed From: **45 ft to 120 ft** Gravel Pack Size: |
| Annular Seal Data: | 1st Interval: **From 0 ft to 45 ft with 15 (#sacks and material)** 2nd Interval: **No Data** 3rd Interval: **No Data** Method Used: **CONVENTIONAL** Cemented By: **No Data** Distance to Septic Field or other Concentrated Contamination: **No Data** Distance to Property Line: **67 ft** Method of Verification: **MEASURED** Approved by Variance: **No Data** |
| Surface Completion: | **Surface Sleeve Installed** |
| Water Level: | Static level: **45 ft. below land surface on 1/22/2009** Artesian flow: **No Data** |
| Packers: | **No Data** |
| Plugging Info: | Casing or Cement/Bentonite left in well: **No Data** |
| Type Of Pump: | **Submersible** Depth to pump bowl: **60 ft** |
| Well Tests: | **Estimated** Yield: **20 GPM with 5 ft drawdown after .25 hour** |
| Water Quality: | Type of Water: **No Data** Depth of Strata: **No Data** Chemical Analysis Made: **No Data** Did the driller knowingly penetrate any strata which contained undesirable constituents: **No** |
| Certification Data: | The driller certified that the driller drilled this well (or the well was drilled under the driller's direct supervision) and that each and all of the statements herein are true and correct.  The driller understood that failure to complete the required items will result in the log(s) being returned for completion and resubmittal. |
| Company | **BENNETT WATER WELL DRILLING, INC.** |

000447

| Information: | 7300 W. HWY 377<br>TOLAR , TX  76476 |
| Driller License<br>Number: | 4805 |
| Licensed Well<br>Driller Signature: | JEFF BENNETT |
| Registered Driller<br>Apprentice<br>Signature: | No Data |
| Apprentice<br>Registration<br>Number: | No Data |
| Comments: | No Data |

**IMPORTANT NOTICE FOR PERSONS HAVING WELLS DRILLED CONCERNING CONFIDENTIALITY**

TEX. OCC. CODE Title 12, Chapter 1901.251, authorizes the owner (owner or the person for whom the well was drilled) to keep information in Well Reports confidential.  The Department shall hold the contents of the well log confidential and not a matter of public record if it receives, by certified mail, a written request to do so from the owner.

Please include the report's Tracking number (Tracking #167075) on your written request.

**Texas Department of Licensing & Regulation**
**P.O. Box 12157**
**Austin, TX 78711**
**(512) 463-7880**

---

| DESC. & COLOR OF FORMATION MATERIAL | CASING, BLANK PIPE & WELL SCREEN DATA |
|---|---|
| **From (ft) To (ft)   Description**<br>**0 - 45 CLAY**<br>**45 - 110 SAND**<br>**110 - 120 CLAY RED** | **Dia.  New/Used     Type          Setting From/To**<br>**4 NEW PLASTIC 0 - 80**<br>**4 NEW SCREEN 80 - 120 .020** |

000448

Pl. Appx. 000058

Inventory No.: __OS__
Scan Code: ___36___

| | X  PHONE CALL __ DISCUSSION __ FIELD TRIP __ CONFERENCE __ OTHER | | |
|---|---|---|---|
| | (Record of Item checked above) | | |
| **TO:** Doug Almond (325-677-3545) | **FROM:** Ron Van Wyk | **DATE:** 8/17/10 | |
| | | **TIME:** 2:15pm | |
| **Subject:** Lipsky complaint | | | |

**Summary:**  Mr. Almond had been investigating Mr. Lipsky's complaint of gas in his water well.  He was in the process of sending samples to the lab for analyses for anions/cations, BTEX, TPH.  He had taken an earlier sample, but the temperature was out of range so the sample could not be analyzed.  He had found that the nearest gas well is about a half mile away.  However, it terminates near the Lipsky property.  The Lipsky water well was drilled in 2005 by Peck Well Service.  It is about 200 feet deep and constructed with PVC pipe.  Water pumps from the well to an open storage tank in the garage and is treated due to high sulfur content.  Gas was discovered in the Lipsky well when the well pump was pulled for repairs.  The gas well was drilled about a year ago.  Mr. Almond saw no problem with the gas well, other than some pressure build-up.  Gas production is about 7000 feet deep.  There is a possibility of shallow natural gas in the area.  Mr. Almond plans to sample both the Lipsky well and the gas production well to do fingerprint analyses for comparison.

Mr. Lipsky has hired an environmental consultant, Wolf Eagle, who is sampling the well.

I gave Mr. Almond my phone number and address and asked him to call when he had more information.

**Conclusions/Actions Taken or Required:**

*Several wells in area. No neighbors have complained.*

000710

Range Resources Corp.
Docket: SDWA-06-2011-1208

Administrative Record #38

Pl. Appx. 000059

| **RECORD OF COMMUNICATION** | X_ PHONE CALL __ DISCUSSION ___ FIELD TRIP ___ CONFERENCE __ OTHER | | |
|---|---|---|---|
| | (Record of Item checked above) | | |
| **TO:** Ron Van Wyk | **FROM:** Steve Lipsky | **DATE:** 8/19/10 | |
| | | **TIME:** 10:30 am | |
| **Subject:** Gas in Water Well | | | |

## Summary:

He said that he had gas in his water well.  Well is about 6 years old and first noticed problem a couple months ago.  Two or three weeks ago he got the water well driller out who opened the well and found gas pressure.  He says that the water now is cloudy (looks like alka seltzer) when it first flows from faucet.  He said that a water hose connected to the well vent would shoot flames 6 feet.  He knows of no neighbors with similar problems.  He has a portable gas tester from the propane company and has some gas at his former residence a couple hundred yards away.  He water use is mainly for his house hold (5 members).  Lawn watering is from the river on his property.  His lot is 14 acres.  The average lot size is about 5 acres.  He has a propane tank for cooking.  The tank is maintaining pressure.  He sent a sample to a lab and they said the gas was "off the charts".  I asked him to send analytical results to both the Commission and EPA when he get them (7-10 days).

I told him that we would be monitoring the Railroad Commission investigation, but that the EPA would not get involved unless we had some reason to believe the Railroad Commission needed assistance.  He was skeptical of the Railroad Commission's neutrality.

## Conclusions/Actions Taken or Required:

000716

Range Resources Corp.
Docket: SDWA-06-2011-1208

Administrative Record #39

Pl. Appx. 000060



**Complaint Call from Alisa Rich concerning gas in water well in Parker County**
Willie Lane  to: Stephen Gilrein, Jerry Saunders, David Garcia          08/20/2010 03:37 PM
Cc:   Debra Griffin, Diane Taheri, Carol Peters
Bcc:  Esteban Herrera

On Friday, August 20, 2010, I received a call from Alisa Rich with Wolf-Eagle Environmental Services. Mr Steven Lipsky had obtained her company to collect water and air samples from his well. Ms. Rich was very concerned when she talked to me about the ongoing risk to Mr. Lipsky and his family. She relayed to me that one of her sampling techs had suffered respiratory distress after breathing what she believes may have been H2S fumes while sampling his well. Mr. Lipsky supposedly demonstrated in her presence that he could light his water hose which was attached to his well vent and that a "10-foot flare" was the result. She staid that she had a video of this and that she had sent it to the RA and that she would send me a copy. She told me that they had detected methane, ethane, propane and butane gases. She is to send me the data that she has collected from their preliminary assessment. I have not yet received this information or the video. She also said that the local Fire Marshall has been out to visit the location and that he was concerned, but I have no information concerning his assessment.

Mr. Lipsky's home is located in the Silverado on the Brazos development which is located near Weatherford, TX in Parker County. He moved there and his well was completed to 200 feet in 2005. We originally became aware of Mr. Lipsky's issues on August 10, 2010, when his initial complaint came in through Rob Lawrence. I called Mr. Lipsky personally and discussed his situation. He told me the RRC had been to his home and had collected a sample (we confirmed with the RRC that this was for analysis of anions/cations, BTEX and TPH). Ron Van Wyk of my staff subsequently contacted the RRC on August 17, 2010, to assess the RRC completed and proposed plans with respect to this complaint. The RRC representative told him that they had looked into the nearby well and had not noted any obvious concerns. The RRC also said that they would be collecting gas samples from the well production and Mr. Lipsky's well to do comparative fingerprint analyses.

There are several other water wells in the area, but to our knowledge no other neighbors have complained of well issues. Preliminary investigation by my staff has provided support to Mr. Lipsky's claim that Range Energy had completed a well approximately a half mile from his site. Records show that a horizontal frac line was drilled at approximately 5500 feet which underlies part of his property. I will have a team conduct a preliminary site investigation at Mr. Lipsky's property early next week. I have requested that a representative of the air inspections group also accompany my staff because of the air concerns.

Willie Lane
Chief, Water Resources Section (6EN-WR)
Water Enforcement Branch
EPA Region 6
Phone: 214.665.8460
Fax: 214.665.2168

Range Resources Corp.
Docket: SDWA-06-2011-1208

Administrative Record #40
Pl. App. 000061

**APPENDIX IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**POST ADMINISTRATIVE RECORD DOCUMENTS**

**RAILROAD COMMISSION OF TEXAS**
**OFFICE OF GENERAL COUNSEL**

OIL AND GAS DOCKET            IN RE:   CONSERVATION AND PREVENTION
NO. 7B-0268629                         OF WASTE OF CRUDE PETROLEUM
                                       AND NATURAL GAS IN THE STATE
                                       OF TEXAS

Austin, Texas
December 8, 2010

COMMISSION CALLED HEARING
TO CONSIDER WHETHER OPERATION OF THE
RANGE PRODUCTION COMPANY
BUTLER UNIT, WELL NO. 1H (RRC NO. 253732)
AND THE TEAL UNIT, WELL NO. 1H (RRC NO. 253779),
NEWARK, EAST (BARNETT SHALE) FIELD, HOOD COUNTY, TEXAS,
ARE CAUSING OR CONTRIBUTING TO CONTAMINATION
OF CERTAIN DOMESTIC WATER WELLS IN PARKER COUNTY, TEXAS

NOTICE IS HEREBY GIVEN to the public and to all interested persons that under the legal

authority and jurisdiction of Title 3, Oil and Gas, Subtitles A, B, and C of the Texas Natural

Resources Code, Chapters 26, 27 and 29 of the Texas Water Code, and TEX. GOV'T CODE ANN.

art. §§ 2001 *et seq.* (2010), the RAILROAD COMMISSION OF TEXAS will hold a hearing on

**JANUARY 10, 2011, at 9:00 a.m.** at the William B. Travis State Office Building, 1701 N. Congress

Avenue, Austin, Texas. This hearing will be conducted in conformity with the TEX. GOV'T CODE

ANN. §§ 2001 *et seq.* (2010). For room assignment, on the date of the hearing please check the

bulletin board in the 1st Floor lobby. Persons planning to attend this hearing are urged to contact

Docket Services Section (512) 463-6848 immediately prior to the hearing date to be sure that the

hearing will proceed on the scheduled date.

**This hearing is called at the request of the Field Operations Section of the Oil & Gas**

**Division of the Railroad Commission of Texas to consider whether the operation of the Range**

**Production Company Butler Unit, Well No. 1H (RRC No. 253732) and Teal Unit, Well No. 1H**

OIL AND GAS DOCKET NO. 7B-0268629                                    PAGE 2

(RRC No. 253779), Newark, East (Barnett Shale) Field, Hood County, Texas, is causing or contributing to contamination of certain domestic water wells in Parker County, Texas, and/or whether there is an alternative cause or contributor to any such contamination.

Informal complaints filed with the Commission and Commission staff investigation have disclosed that contamination may have occurred in certain domestic water wells located in the area of the Range Production Company, Butler Unit, Well No. 1H (RRC No. 253732) and the Teal Unit, Well No. 1H (RRC No. 253779), more particularly the Lipsky Property Domestic Water Well in Parker County, and the Hailey Property Domestic Water Well in Parker County. No staff determination has yet been made as to the source of any such contamination.

At the hearing, the Commission will consider the extent and causation of, and responsibility for, any contamination that may have occurred, or which is likely to occur, in domestic water wells in the area of the Range Production Company Butler Unit, Well No. 1H (RRC No. 253732) and the Teal Unit, Well No. 1H (RRC No. 253779), and, more particularly, whether the operation of these wells has caused or contributed, or may cause or contribute, to any such contamination. The Commission may also consider whether there is any alternative cause or contributor to any contamination that may have occurred. The Commission will also consider what action should be taken by the Commission to ensure that any contamination that may have occurred in domestic water wells in the area of the referenced wells is properly remediated and to ensure that any future contamination is prevented.

**OIL AND GAS DOCKET NO. 7B-0268629**                              **PAGE 3**

Range Production Company is directed to appear at the hearing and to present evidence on the issue of whether the Butler Unit, Well No. 1H (RRC No. 253732) and the Teal Unit, Well No. 1H (RRC No. 253779) are causing or contributing, and/or will cause or contribute, to contamination of domestic water wells in the area of these wells.

On December 7, 2010, the United States Environmental Protection Agency, Region VI issued an Emergency Administrative Order relating to the subject matter of this hearing. The Commission encourages the participation of EPA in this hearing and presentation by EPA of evidence in its possession supporting findings of fact and conclusions of law in the Emergency Administrative Order.

If you have questions regarding this proceeding, please contact Ramon Fernandez, at (512) 463-6827. If you have any questions regarding the hearing procedure, please contact the Railroad Commission, Office of General Counsel, at (512) 463-6848.

IF A CONTINUATION IS NECESSARY, this hearing will proceed at the William B. Travis State Office Building, Austin, Texas, and, to the extent possible, on subsequent working days. The room number and exact time of the continuation will be announced on the record in this proceeding and recorded with Docket Services, Office of General Counsel, Railroad Commission of Texas.

PURSUANT TO SAID HEARING, the Commission will enter such rules, regulations, and orders as in its judgment the evidence presented may justify.

ANY REQUEST FOR POSTPONEMENT of this hearing must be received no later than five (5) working days prior to the scheduled date shown above. Copies of such request must be forwarded to all parties shown on the service list.

**OIL AND GAS DOCKET NO. 7B-0268629**                                    **PAGE 4**

TO APPEAR IN SUPPORT OF OR IN OPPOSITION TO THIS PROCEEDING, a party other than the applicant must file a notice of intent to appear with Docket Services, Office of General Counsel, at least five (5) working days in advance of the hearing date. A copy of the notice of intent to appear should be served on parties of record.

IF ANY PARTY DESIRES A WRITTEN TRANSCRIPT of the hearing by a Court Reporter, that party should notify Docket Services at (512) 463-6848, at least five (5) working days in advance of the hearing date. **If a written transcript is requested, the Commission may assess the cost of the transcript to one or more parties.** Unless any party requests a written transcript, the record will be made by audio recording.

ANY INDIVIDUAL WITH A DISABILITY who needs auxiliary aids and services in order to have an equal opportunity to effectively communicate and participate in this hearing must request such aids or services <u>at least</u> two weeks prior to the scheduled hearing by notifying the Personnel office of the Railroad Commission of Texas by mail at P.O. Box 12967, Austin, Texas 78711-2967, or by telephone at (512) 463-7327 or TDD No. (512) 463-7284.

ALL EXHIBITS FILED AS A PART OF THE RECORD in this cause must be submitted in duplicate. Data in Commission records may be incorporated by reference, but the reference must be specific, and if it includes exhibits filed in prior proceedings before the Commission, a copy of such exhibit properly identified shall be submitted for this record.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing in Oil & Gas Docket No. **7B-0268629** was served on each of the persons named below by depositing same in the United States Mail (or by Inter-Agency Mail), postage thereon fully prepaid, properly addressed, as follows:

RANGE PRODUCTION COMPANY
100 THROCKMORTON STREET SUITE 1200
FORT WORTH TX 76102

RANGE PRODUCTION COMPANY
ATTN: MIKE MIDDLEBROOK
VICE PRESIDENT OF OPERATIONS
100 THROCKMORTON STREET SUITE 1200
FORT WORTH TX 76102

U S EPA REGION VI
OFFICE OF REGIONAL COUNSEL (6RC-EW)
ATTN: TUCKER HENSON
1445 ROSS AVENUE SUITE 1200
DALLAS TX 75202

U S EPA REGION VI
OFFICE OF COMPLIANCE ASSURANCE
AND ENFORCEMENT (6EN)
ATTN: JOHN BLEVINS
1445 ROSS AVENUE SUITE 1200
DALLAS TX 75202

U S EPA REGION VI
DR ALFREDO ALMENDARIZ
REGIONAL ADMINISTRATOR
1445 ROSS AVENUE SUITE 1200
DALLAS TX 75202

STEVE LIPSKY
127 RIVER OAK COURT
WEATHERFORD TX 76084

RICK HAILEY
175 OLD RANCH COURT
WEATHERFORD TX 76084

JOHN TINTERA
EXECUTIVE DIRECTOR
RRC-AUSTIN

RAMON FERNANDEZ JR.
ACTING DEPUTY DIRECTOR
OIL AND GAS DIVISION
RRC - AUSTIN

STAFF ATTORNEY
DAVID COONEY
RRC - AUSTIN

JOE CRESS
DISTRICT OFFICE 7B
ABILENE -RRC

BILL MIERTSCHIN
OIL AND GAS DIVISION
RRC-AUSTIN

KEITH BARTON
FIELD OPERATIONS
RRC-AUSTIN

On this the **9th** day of **December**, 2010.

*DOLORES HOWARD*
_____
Office of General Counsel, RAILROAD
COMMISSION OF TEXAS

**From:** "Riley, John" [jriley@velaw.com]
**Sent:** 12/09/2010 05:45 PM CST
**To:** Suzanne Murray
**Cc:** Scott McDonald
**Subject:** Range Resources

Suzanne:

Range's foremost concern is the safety and welfare of those around its operations and it is Range's highest priority to make sure that we address safety and welfare concerns first, before and above all other issues.  Whether Range proves to be the cause of the concern is a question that can and will be answered later but, for now, let us unambiguously state that we will install gas monitors in the residences of concern. Indeed, this afternoon, Range installed a gas monitor in one residence and, at the other property owners' request, will install a gas monitor in their residence on Saturday. Further, one domestic well has not been used as a source of water since the September timeframe and, it is my understanding, that the other resident's own testing performed of his well performed in August did not indicate that it was affected.  Regardless and to the point, Range has offered to provide potable water to these two families.

Range could not agree with EPA more that time is critical in these circumstances and, indeed, that is why Range has been actively engaged in investigating and addressing the issue for months.  As expressed previously, we are more than willing to continue a transparent effort to address this situation as we have with the RRC and, to that end, we will continue to voluntarily cooperate with EPA.  We will share information and offer subject matter experts as we go forward and address all concerns.

While we dispute EPA's factual or legal basis for the order, we have effectively complied with the provisions in EPA's order directed to ensure the immediate safety and welfare of the individuals affected.  To the extent that you have called for another clear response as to whether we will adhere exactly to the remaining requirements of the order, we must respectfully state that we dispute the validity of the order and cannot agree to follow the precise ordering provisions found in Paragraph 50 A) – F).

I hope that this message removes any remaining uncertainty regarding Range's position at this point. We continue to look forward to the receipt of EPA's technical back-up for its order and our meeting next week.  We also look forward to EPA's participation in the Texas Railroad Commission hearing in this matter, now scheduled for January 10, 2011.

Regards,


***John A. Riley***
Partner
**Vinson & Elkins LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8520
Fax 512.236.3329

---

**Treasury Circular 230 Disclosure:** To the extent this communication contains any statement regarding federal taxes,
 that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding
 federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party
 any transaction or matter addressed herein.


**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is
 intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an
 authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying
 of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this
 email in error, please immediately notify the sender by return email and delete this email from your system.


**Solicitors and Registered Foreign Lawyers.** A list of partner names is available for inspection at
 CityPoint, One Ropemaker Street, London EC2Y 9UE. Vinson & Elkins RLLP is a limited liability
 partnership formed under the laws of New York and regulated by the Solicitors Regulation Authority
(No. 00079019).


Thank You.

---