UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____
                                    :
UNITED STATES OF AMERICA,           :
                                    :
                Plaintiff,          :    No. 3:11-CV-00116-F
                                    :
        v.                          :
                                    :
RANGE PRODUCTION COMPANY,           :
a Delaware Corporation; and         :
RANGE RESOURCES CORPORATION,        :
a Delaware Corporation,             :
                                    :
                Defendants.         :
_____:


**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and (a)(1)(B)**

     WHEREAS, on December 7, 2010, the United States Environmental Protection Agency ("EPA") issued an Imminent and Substantial Endangerment Administrative Order ("Administrative Order") pursuant to Section 1431 of the Safe Drinking Water Act, 42 U.S.C. § 300i, to Range Resources Corporation and Range Production Company;

     WHEREAS, on January 18, 2011, the United States Department of Justice, acting at the request of EPA, commenced this civil action against Defendants Range Production Company and Range Resources Corporation (collectively, "Range") seeking enforcement of the Administrative Order;

     WHEREAS, on January 20, 2011, Range filed a Petition for Review of the Administrative Order by the Court of Appeals for the Fifth Circuit ("Petition" or "Court of Appeals case");

     WHEREAS, on March 21, 2011, Range moved to dismiss this action pursuant to Fed. R. Civ. P. 12;

     WHEREAS, on June 20, 2011, this Court denied Range's motion to dismiss without prejudice and entered a stay of this action pending the resolution of Range's Petition for Review of the Administrative Order, pending before the Court of Appeals for the Fifth Circuit;

WHEREAS, on October 3, 2011, the Court of Appeals for the Fifth Circuit heard oral argument on Range's Petition for Review, which is sub judice before that Court.

WHEREAS, on March 29, 2012, EPA withdrew the Administrative Order that is the subject of both this civil action and the Petition pending before the Court of Appeals, thereby rendering moot both this action and the Petition proceedings;

WHEREAS, in light of EPA's withdrawal of the Administrative Order, the parties have agreed to simultaneously and immediately seek dismissal of both this action and the Court of Appeals case, and intend to file this Joint Stipulation in the Court of Appeals case;

NOW, THEREFORE, upon consent and agreement of the undersigned parties to this Joint Stipulation, it is hereby agreed and stipulated as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(1)(B), all parties to this action hereby stipulate to the dismissal of this action without prejudice, effective on the dismissal of Range's Petition, which shall be effectuated by Range in the Court of Appeals. Range shall, on the same date as this filing, file a copy of this Joint Stipulation as an attachment to the Motion to Withdraw Petition that it shall file in the Court of Appeals pursuant to Fed. R. App. P. 42(b) and Fifth Circuit Rule 42.1.

2.  The parties agree that each party shall bear its own costs and attorneys' fees in connection with the Administrative Order, this matter, and in the Court of Appeals case.

For Plaintiff United States of America,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: March 30, 2012        /s/ Jeffrey K. Sands
JEFFREY K. SANDS
Senior Attorney
Maryland State Bar No. 199412150130
KEITH T. TASHIMA
Trial Attorney
New York State Bar No. 3938701
BRADLEY L. LEVINE
Trial Attorney
District of Columbia Bar No. 974925
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611 Ben Franklin Station

        Washington, DC 20044-7611
        (202) 514-3908 (Sands)
        (202) 616-9643 (Tashima)
        (202) 514-1516 (Levine)
        (202) 616-2427 (fax)
        jeffrey.sands@usdoj.gov
        keith.tashima@usdoj.gov
        bradley.levine@usdoj.gov

        JAMES T. JACKS
        UNITED STATES ATTORNEY

        LYNETTE WILSON
        Assistant United States Attorney
        1100 Commerce Street, Suite 300
        Dallas, TX  75242
        (214) 659-8611
        lynette.wilson@usdoj.gov

OF COUNSEL:

SCOTT McDONALD
Chief, Water Enforcement Branch
TUCKER HENSON
Assistant Regional Counsel, Water Enforcement Branch
Office of Regional Counsel
U.S. Environmental Protection Agency, Region VI
1445 Ross Avenue, Suite 1200
Dallas, TX 75202
(214) 665-2718 (McDonald)
(214) 665-8148 (Henson)

|  |  |
|---|---|
|  | For Range Resources Corporation and Range Production Company |
| Dated:  March 30, 2012 | By:  /s/  David P. Poole_____<br>David P. Poole, General Counsel<br>State Bar No. 16123750<br>Range Production Company<br>100 Throckmorton St., Suite 1200<br>Fort Worth, Texas  76102<br>Tel. 817.869.4254<br>dpoole@rangeresources.com<br><br>HARRIS, FINLEY & BOGLE, P.C.<br>Andrew D. Sims<br>State Bar. No. 18415600<br>Russell R. Barton<br>State Bar. No. 01857250<br>777 Main Street, Suite 3600<br>Fort Worth, Texas  76102<br>Tel. 817.870.8700<br>Fax 817.332.6121<br>Asims@hfblaw.com<br>Rbarton@hfblaw.com<br><br>KELLY HART & HALLMAN LLP<br>Dee J. Kelly<br>State Bar No. 11217000<br>201 Main Street, Suite 2500<br>Fort Worth, Texas  76102<br>Tel. 817.332.2500<br>Fax 817.878.9280<br>dee.kelly@kellyhart.com<br><br>KELLY HART & HALLMAN LLP<br>J. Stephen Ravel<br>State Bar No. 16584975<br>Diana L. Nichols<br>State Bar No. 00784682<br>301 Congress Avenue, Suite 2000<br>Austin, Texas  78701<br>Tel. 512. 495.6400<br>Fax 512.495.6401<br>steve.ravel@kellyhart.com<br>diana.nichols@kellyhart.com |